1  MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
2  *mmarmolejo@mayerbrown.com*
   333 S. Grand Avenue
3  47th Floor
   Los Angeles, CA 90071-1503
4  Telephone: +1.213.229.9500
   Ori Lev (DC Bar No. 452565)
5  *(pro hac vice pending)*
   *olev@mayerbrown.com*
6  1999 K Street, N.W.
   Washington, DC 20006
7  Telephone:   +1.202.263.3000
   Facsimile:   +1.202.263.3300
8
   VINSON & ELKINS LLP
9  Stephen M. Medlock (VA Bar No. 78819)
   *(pro hac vice pending)*
10 *smedlock@velaw.com*
   2200 Pennsylvania Ave., N.W., Ste. 500 W
11 Washington, DC 20037
   Telephone:   +1.202.639.6500
12 Facsimile:   +1.202.879.8939

13 CENTER FOR GENDER AND REFUGEE
   STUDIES
14 Melissa Crow (DC Bar No. 453487)
   *(pro hac vice pending)*
15 *crowmelissa@uclawsf.edu*
   1121 14th Street, N.W., Suite 200
16 Washington, DC 20005
   Telephone: +1.202.355.4471
17 Facsimile: +1.415.581.8824

18 *Additional Attorneys for Plaintiffs Listed in
   Signature Block*
19

20            **UNITED STATES DISTRICT COURT**

21            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22  AL OTRO LADO, INC., a California Corporation; | Case No.: 3:23-cv-01367-AGS-BLM |
| 23 | **NOTICE OF RELATED CASE** |
| 24  HAITIAN BRIDGE ALLIANCE, a California Corporation; | |
| 25  DIEGO DOE, ELENA DOE, | |
| 26  GUADALUPE DOE, ALEXANDER DOE, LAURA DOE, LUISA DOE, | |
| 27  MICHELLE DOE, NATASHA DOE, PABLO DOE, AND SOMAR DOE, | |
| 28  individually and on behalf of all others | |

1   similarly situated;

2   Plaintiffs,

3   v.

4   ALEJANDRO N. MAYORKAS,
    Secretary, U.S. Department of Homeland
5   Security, in his official capacity;

6   CHRIS MAGNUS, Commissioner, U.S.
    Customs and Border Protection, in his
7   official capacity;

8   PETE FLORES, Executive Assistant
    Commissioner, Office of Field
9   Operations, U.S. Customs and Border
    Protection, in his official capacity;

10          Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)

2

(*pro hac vice pending*)
*Mwebster@mayerbrown.com*

3

1999 K Street, N.W.
Washington, DC 20006

4

Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

5

Matthew E. Fenn (NY Bar No. 5391149).
(*pro hac vice forthcoming*)

6

*Mfenn@mayerbrown.com*
71 S. Wacker Dr.

7

Chicago, IL 60606
Telephone: +1.312.782.0600

8

9

VINSON & ELKINS LLP
Evan Miller (DC Bar No. 219310)
(*pro hac vice pending*)

10

*emiller@velaw.com*
Nataly Farag (DC Bar No. 90006516)

11

(*pro hac vice pending*)
*nfarag@velaw.com*

12

Alex Rant (DC Bar No. 1780786)
(*pro hac vice pending*)

13

*arant@velaw.com*
Rami Abdallah E. Rashmawi (DC Bar No. 1780184)

14

(*pro hac vice pending*)
*rrashmawi@velaw.com*

15

2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037

16

Telephone:   +1.202.639.6500
Facsimile:   +1.202.879.8939

17

18

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)

19

(*pro hac vice forthcoming*)
*bazmy@ccrjustice.org*

20

Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice forthcoming*)

21

*aguisado@ccrjustice.org*
666 Broadway, 7th Floor

22

New York, NY 10012
Telephone: +1.212.614.6464

23

Facsimile: +1.212.614.6499

24

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)

25

(*pro hac vice pending*)
*gborroto@immcouncil.org*

26

Katherine Melloy Goettel (IA Bar No. 53821)
(*pro hac vice forthcoming*)

27

*kgoettel@immcouncil.org*
Suchita Mathur (NY Bar No. 5373162)

28

(*pro hac vice pending*)

*smathur@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
*(pro hac vice pending)*
*rpauw@ghp-law.net*
c/o GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

**TO THE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-TITLED COURT**:

Pursuant to Civil Local Rule 40.1(f), Plaintiffs Al Otro Lado, Inc. and Haitian Bridge Alliance, both non-profit immigrant rights organizations working on the southern border, and Plaintiffs Diego Doe, Elena Doe, Guadalupe Doe, Alexander Doe, Laura Doe, Luisa Doe, Michelle Doe, Natasha Doe, Pablo Doe, and Somar Doe, acting on their own behalf and on behalf of all similarly situated individuals, hereby give notice to the Clerk, the Court, and all parties that this matter is related to *Al Otro Lado, Inc. et al. v. Alejandro Mayorkas et al.*, Case No. 3:17-cv-02366-BAS-KSC ("*AOL I*"), which was transferred to the United States District Court for the Southern District of California on November 22, 2017. *AOL I* and the present case involve the same federal agency defendants—the Secretary of Homeland Security ("DHS"), the Commissioner of Customs and Border Protection ("CBP"), and the Executive Assistant Commissioner of the Office of Field Operations ("OFO")—many of the same causes of action, and several of the same interpretive issues. Thus, assignment of this case to the same district judge who heard *AOL I* will effect a saving of judicial effort and other economies.

In *AOL I*, the plaintiffs challenged the government's policy and practice of turning back asylum seekers who were arriving at Class A ports of entry on the U.S.-Mexico border ("POEs"). Among other claims, the plaintiffs alleged that the government's policy and practice violated the Immigration and Nationality Act ("INA"), the Administrative Procedure Act ("APA"), the Due Process Clause of the Fifth Amendment of the Constitution, and the Non-Refoulement Doctrine. After extensive briefing and discovery, Judge Cynthia A. Bashant found that the defendants had violated their mandatory duties to inspect and process noncitizens who were in the process of arriving in the United States at a POE. The defendants appealed, and the plaintiffs cross-appealed. Both appeals remain pending at the Ninth Circuit.

1    Here, the Plaintiffs once again allege, *inter alia*, that the same defendants have

2    instituted a new illegal turnback policy and have failed to carry out their mandatory

3    duty to inspect and process noncitizens who are in the process of arriving in the United

4    States at a POE.  Specifically, the Plaintiffs allege that the defendants are illegally

5    turning back asylum seekers who do not have one of the limited appointments

6    available only through the CBP One mobile phone application.  Like before, the

7    Plaintiffs claim that this conduct violates the APA, the Due Process Clause, and the

8    Non-Refoulement Doctrine, among other legal obligations.

9    Because *AOL I* and the present case involve some of the same parties, many

10   of the same claims, and many of the same questions of law, the cases meet the criteria

11   for related cases under Civil Local Rule 40.1(e).  Accordingly, and consistent with

12   Civil Local Rule 40.1(f), the Plaintiffs respectfully request that this case be

13   transferred to Judge Cynthia A. Bashant who presided over *AOL I*, the lower-

14   numbered case.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  Dated: July 31, 2023

3

4                                                      MAYER BROWN LLP
                                                          Matthew H. Marmolejo
5                                                         Ori Lev*
                                                          Michelle N. Webster*
6                                                         Matthew E. Fenn*

7                                                      VINSON & ELKINS LLP
                                                          Stephen M. Medlock*
8                                                         Evan Miller*
                                                          Nataly Farag*
9                                                         Alex Rant*
                                                          Rami Abdallah E. Rashmawi*

10

11                                                     CENTER FOR GENDER AND
                                                       REFUGEE STUDIES
12                                                        Melissa Crow*
                                                          Neela Chakravartula
13                                                        Robert Pauw*

14                                                     CENTER FOR CONSTITUTIONAL
                                                       RIGHTS
15                                                        Baher Azmy*
                                                          Angelo Guisado*

16
                                                       AMERICAN IMMIGRATION
17                                                     COUNCIL
                                                          Katherine M. Goettel*
18                                                        Gianna Borroto*
                                                          Suchita Mathur*

19

20  By: */s/ Matthew H. Marmolejo*
            Matthew H. Marmolejo

21      *Attorneys for Plaintiffs*

22      * Pro Hac Vice motion pending or
        forthcoming.
23

24

25

26

27

28

                                        3