MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
*(pro hac vice pending)*
*olev@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
*(pro hac vice pending)*
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
*(pro hac vice pending)*
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed in Signature Block*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., a California Corporation;<br><br>HAITIAN BRIDGE ALLIANCE, a California Corporation;<br><br>DIEGO DOE, ELENA DOE, GUADALUPE DOE, ALEXANDER DOE, LAURA DOE, LUISA DOE, MICHELLE DOE, NATASHA DOE, PABLO DOE, AND SOMAR DOE, individually and on behalf of all others | Case No.: 3:23-cv-01367-AGS-BLM<br><br>**[CORRECTED] NOTICE OF RELATED CASE** |

755575221.2

| | |
|---|---|
| 1 | similarly situated; |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | ALEJANDRO N. MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity; |
| 5 | |
| 6 | TROY A. MILLER, Senior Official Performing the Duties of Commissioner, U.S. Customs and Border Protection, in his official capacity; |
| 7 | |
| 8 | |
| 9 | DIANE SABATINO, Acting Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, in her official capacity; |
| 10 | |
| 11 | Defendants. |

755575221.2

| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | Michelle N. Webster (DC Bar No. 985265) |
| 2 | (*pro hac vice pending*) |
| | *Mwebster@mayerbrown.com* |
| 3 | 1999 K Street, N.W. |
| | Washington, DC 20006 |
| 4 | Telephone:   +1.202.263.3000 |
| | Facsimile:    +1.202.263.3300 |
| 5 | Matthew E. Fenn (NY Bar No. 5391149) |
| | (*pro hac vice pending*) |
| 6 | *Mfenn@mayerbrown.com* |
| | 71 S. Wacker Dr. |
| 7 | Chicago, IL 60606 |
| | Telephone: +1.312.782.0600 |
| 8 | |
| | VINSON & ELKINS LLP |
| 9 | Evan Miller (DC Bar No. 219310) |
| | (*pro hac vice pending*) |
| 10 | *emiller@velaw.com* |
| | Nataly Farag (DC Bar No. 90006516) |
| 11 | (*pro hac vice pending*) |
| | *nfarag@velaw.com* |
| 12 | Alex Rant (DC Bar No. 1780786) |
| | (*pro hac vice pending*) |
| 13 | *arant@velaw.com* |
| | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| 14 | (*pro hac vice pending*) |
| | *rrashmawi@velaw.com* |
| 15 | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
| | Washington, DC 20037 |
| 16 | Telephone:   +1.202.639.6500 |
| | Facsimile:    +1.202.879.8939 |
| 17 | |
| 18 | CENTER FOR CONSTITUTIONAL RIGHTS |
| | Baher Azmy (NY Bar No. 2860740) |
| 19 | (*pro hac vice forthcoming*) |
| | *bazmy@ccrjustice.org* |
| 20 | Angelo Guisado (NY Bar No. 5182688) |
| | (*pro hac vice forthcoming*) |
| 21 | *aguisado@ccrjustice.org* |
| | 666 Broadway, 7th Floor |
| 22 | New York, NY 10012 |
| | Telephone: +1.212.614.6464 |
| 23 | Facsimile: +1.212.614.6499 |
| 24 | AMERICAN IMMIGRATION COUNCIL |
| | Gianna Borroto (IL Bar No. 6305516) |
| 25 | (*pro hac vice pending*) |
| | *gborroto@immcouncil.org* |
| 26 | Katherine Melloy Goettel (IA Bar No. 53821) |
| | (*pro hac vice forthcoming*) |
| 27 | *kgoettel@immcouncil.org* |
| | Suchita Mathur (NY Bar No. 5373162) |
| 28 | (*pro hac vice pending*) |

755575221.2

1    *smathur@immcouncil.org*
     1331 G St. NW, Suite 200
2    Washington, DC 20005
     Telephone: +1.202.507.7523
3    Facsimile: +1.202.742.5619

4    CENTER FOR GENDER & REFUGEE STUDIES
     Neela Chakravartula (CA Bar No. 254746)
5    *neela@uclawsf.edu*
     UC College of the Law, San Francisco
6    200 McAllister Street
     San Francisco, CA 94102
7    Telephone: +1.415.565.4877
     Facsimile: +1.415.581.8824
8

9    CENTER FOR GENDER & REFUGEE STUDIES
     Robert Pauw (WA Bar No. 13613)
10    *(pro hac vice pending)*
     *rpauw@ghp-law.net*
11    c/o GIBBS HOUSTON PAUW
     1000 Second Avenue, Suite 1600
12    Seattle, WA 98104
     Telephone: +1.206.682.1080
     Facsimile: +1.206.689.2270

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

755575221.2

**TO THE COURT, ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-TITLED COURT**:

Pursuant to Civil Local Rule 40.1(f), Plaintiffs Al Otro Lado, Inc. and Haitian Bridge Alliance, both non-profit immigrant rights organizations working on the southern border, and Plaintiffs Diego Doe, Elena Doe, Guadalupe Doe, Alexander Doe, Laura Doe, Luisa Doe, Michelle Doe, Natasha Doe, Pablo Doe, and Somar Doe, acting on their own behalf and on behalf of all similarly situated individuals, hereby give notice to the Clerk, the Court, and all parties that this matter is related to *Al Otro Lado, Inc. et al. v. Alejandro Mayorkas et al.*, Case No. 3:17-cv-02366-BAS-KSC ("*AOL I*"), which was transferred to the United States District Court for the Southern District of California on November 22, 2017. *AOL I* and the present case involve the same federal agency defendants—the Secretary of Homeland Security ("DHS"), the Commissioner of Customs and Border Protection ("CBP"), and the Executive Assistant Commissioner of the Office of Field Operations ("OFO")—many of the same causes of action, and several of the same interpretive issues. Thus, assignment of this case to the same district judge who heard *AOL I* will effect a saving of judicial effort and other economies.

In *AOL I*, the plaintiffs challenged the government's policy and practice of turning back asylum seekers who were arriving at Class A ports of entry on the U.S.-Mexico border ("POEs"). Among other claims, the plaintiffs alleged that the government's policy and practice violated the Immigration and Nationality Act ("INA"), the Administrative Procedure Act ("APA"), the Due Process Clause of the Fifth Amendment of the Constitution, and the Non-Refoulement Doctrine. After extensive briefing and discovery, Judge Cynthia A. Bashant found that the defendants had violated their mandatory duties to inspect and process noncitizens who were in the process of arriving in the United States at a POE. The defendants appealed, and the plaintiffs cross-appealed. Both appeals remain pending at the Ninth Circuit.

1  Here, the Plaintiffs once again allege, *inter alia*, that the same defendants have instituted a new illegal turnback policy and have failed to carry out their mandatory duty to inspect and process noncitizens who are in the process of arriving in the United States at a POE.  Specifically, the Plaintiffs allege that the defendants are illegally turning back asylum seekers who do not have one of the limited appointments available only through the CBP One mobile phone application.  Like before, the Plaintiffs claim that this conduct violates the APA, the Due Process Clause, and the Non-Refoulement Doctrine, among other legal obligations.

Because *AOL I* and the present case involve some of the same parties, many of the same claims, and many of the same questions of law, the cases meet the criteria for related cases under Civil Local Rule 40.1(e).  Accordingly, and consistent with Civil Local Rule 40.1(f), the Plaintiffs respectfully request that this case be transferred to Judge Cynthia A. Bashant who presided over *AOL I*, the lower-numbered case.

755575221.2

Dated: August 1, 2023

    MAYER BROWN LLP
        Matthew H. Marmolejo
        Ori Lev*
        Michelle N. Webster*
        Matthew E. Fenn*

    VINSON & ELKINS LLP
        Stephen M. Medlock*
        Evan Miller*
        Nataly Farag*
        Alex Rant*
        Rami Abdallah E. Rashmawi*

    CENTER FOR GENDER AND REFUGEE STUDIES
        Melissa Crow*
        Neela Chakravartula
        Robert Pauw*

    CENTER FOR CONSTITUTIONAL RIGHTS
        Baher Azmy*
        Angelo Guisado*

    AMERICAN IMMIGRATION COUNCIL
        Katherine Melloy Goettel*
        Gianna Borroto*
        Suchita Mathur*

By: */s/ Matthew H. Marmolejo*
      Matthew H. Marmolejo

*Attorneys for Plaintiffs*

* Pro Hac Vice motion pending or forthcoming.

3