1  MAYER BROWN LLP
   Matthew H. Marmolejo (CA Bar No. 242964)
2  mmarmolejo@mayerbrown.com
   333 S. Grand Avenue
3  47th Floor
   Los Angeles, CA 90071-1503
4  Telephone: +1.213.229.9500
   Ori Lev (DC Bar No. 452565)
5  (*pro hac vice*)
   olev@mayerbrown.com
6  1999 K Street, N.W.
   Washington, DC 20006
7  Telephone: +1.202.263.3000
   Facsimile: +1.202.263.3300
8
   VINSON & ELKINS LLP
9  Stephen M. Medlock (VA Bar No. 78819)
   (*pro hac vice*)
10 smedlock@velaw.com
   2200 Pennsylvania Ave., N.W., Ste. 500 W
11 Washington, DC 20036
   Telephone: +1.202.639.6500
12 Facsimile: +1.202.879.8939

13 CENTER FOR GENDER AND REFUGEE
   STUDIES
14 Melissa Crow (DC Bar No. 453487)
   (*pro hac vice*)
15 crowmelissa@uclawsf.edu
   1121 14th Street, N.W., Suite 200
16 Washington, DC 20005
   Telephone: +1.202.355.4471
17 Facsimile: +1.415.581.8824

18 *Additional Attorneys for Plaintiffs Listed on Next Page*
19

20                    **UNITED STATES DISTRICT COURT**
21                    **SOUTHERN DISTRICT OF CALIFORNIA**
22

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, | Case No.: 3:23-CV-1367-AGS-BLM |
| Plaintiffs, | Hon. Andrew G. Schopler |
| v. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ALEXANDER DOE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Alejandro Mayorkas, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   | Michelle Webster (DC Bar No. 985265) |
| 2 | (*pro hac vice*) |
|   | mwebster@mayerbrown.com |
| 3 | 1999 K Street, N.W. |
|   | Washington, DC 20006 |
| 4 | Telephone: +1.202.263.3000 |
|   | Facsimile: +1.202.263.3300 |
| 5 | Matthew E. Fenn (NY Bar No. 5391149) |
|   | (*pro hac vice*) |
| 6 | mfenn@mayerbrown.com |
|   | 71 S. Wacker Dr. |
| 7 | Chicago, IL 60606 |
|   | Telephone: +1.312.782.0600 |
| 8 | |
|   | VINSON & ELKINS LLP |
| 9 | Evan Miller (DC Bar No. 219310) |
|   | (*pro hac vice*) |
| 10 | emiller@velaw.com |
|   | Nataly Farag (DC Bar No. 90006516) |
| 11 | (*pro hac vice*) |
|   | nfarag@velaw.com |
| 12 | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
|   | (*pro hac vice*) |
| 13 | rrashmawi@velaw.com |
|   | Alex Rant (DC Bar No. 1780786) |
| 14 | (*pro hac vice*) |
|   | arant@velaw.com |
| 15 | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
|   | Washington, DC 20036 |
| 16 | Telephone: +1.202.639.6500 |
|   | Facsimile: +1.202.879.8939 |
| 17 | |
|   | CENTER FOR CONSTITUTIONAL RIGHTS |
| 18 | Baher Azmy (NY Bar No. 2860740) |
|   | (*pro hac vice forthcoming*) |
| 19 | bazmy@ccrjustice.org |
|   | Angelo Guisado (NY Bar No. 5182688) |
| 20 | (*pro hac vice forthcoming*) |
|   | aguisado@ccrjustice.org |
| 21 | 666 Broadway, 7th Floor |
|   | New York, NT 10012 |
| 22 | Telephone: +1.212.614.6464 |
|   | Facsimile: +1.212.614.6499 |
| 23 | |
|   | AMERICAN IMMIGRATION COUNCIL |
| 24 | Gianna Borroto (IL Bar No. 6305516) |
|   | (*pro hac vice*) |
| 25 | gporroto@immcouncil.org |
|   | Katherine Melloy Goettel (IA Bar No. 53821) |
| 26 | (*pro hac vice forthcoming*) |
|   | kgoettel@immcouncil.org |
| 27 | Suchita Mathur (NY Bar No. 5373162) |
|   | (*pro hac vice*) |
| 28 | |

smathur@immcouncil.org
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
neela@uclawsf.edu
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar. No. 13613)
(*pro hac vice*)
rpauw@ghp-law.net
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

# NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF ALEXANDER DOE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alexander Doe hereby gives notice that his action against Defendants is voluntarily dismissed. For purposes of clarity, this voluntary dismissal does not affect any other Plaintiff's claims against Defendants. Defendants have not yet served an answer or motion for summary judgment in this action. Accordingly, Plaintiff Alexander Doe notices voluntary dismissal of his claims against Defendants without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 9, 2023

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Michelle Webster
Matthew Fenn

VINSON & ELKINS LLP
Stephen M. Medlock
Evan Miller
Nataly Farag
Rami Abdallah E. Rashmawi
Alex Rant

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow
Neela Chakravartula
Robert Pauw

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy*
Angelo Guisado*

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel*
Gianna Borroto
Suchita Mathur

By: */s/ Matthew H. Marmolejo*
Matthew H. Marmolejo

*Attorneys for Plaintiffs*

\* Pro hac vice motions forthcoming