MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:  +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, | Case No.: 3:23-cv-01367-AGS-BLM |
| Plaintiffs, | **Hon. Andrew G. Schopler** |
| v. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| ALEJANDRO N. MAYORKAS, *et al.*, | |
| Defendants. | **Hearing Date:** **September 22, 2023, 3:00 pm** |

755879294.1

| | |
|---|---|
| 1 | |
| 2 | MAYER BROWN LLP<br>Michelle N. Webster (DC Bar No. 985265) |
| 3 | (*pro hac vice*)<br>*Mwebster@mayerbrown.com* |
| 4 | 1999 K Street, N.W.<br>Washington, DC 20006 |
| 5 | Telephone:  +1.202.263.3000<br>Facsimile:   +1.202.263.3300 |
| 6 | Matthew E. Fenn (NY Bar No. 5391149)<br>(*pro hac vice*) |
| 7 | *Mfenn@mayerbrown.com*<br>71 S. Wacker Dr. |
| 8 | Chicago, IL 60606<br>Telephone: +1.312.782.0600 |
| 9 | VINSON & ELKINS LLP |
| 10 | Evan Miller (DC Bar No. 219310)<br>(*pro hac vice*) |
| 11 | *emiller@velaw.com*<br>Nataly Farag (DC Bar No. 90006516) |
| 12 | (*pro hac vice*)<br>*nfarag@velaw.com* |
| 13 | Alex Rant (DC Bar No. 1780786)<br>(*pro hac vice*) |
| 14 | *arant@velaw.com*<br>Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| 15 | (*pro hac vice*)<br>*rrashmawi@velaw.com* |
| 16 | 2200 Pennsylvania Ave., N.W., Ste. 500 W<br>Washington, DC 20037 |
| 17 | Telephone:  +1.202.639.6500<br>Facsimile:   +1.202.879.8939 |
| 18 | |
| 19 | CENTER FOR CONSTITUTIONAL RIGHTS<br>Baher Azmy (NY Bar No. 2860740) |
| 20 | (*pro hac vice forthcoming*)<br>*bazmy@ccrjustice.org* |
| 21 | Angelo Guisado (NY Bar No. 5182688)<br>(*pro hac vice forthcoming*) |
| 22 | *aguisado@ccrjustice.org*<br>666 Broadway, 7th Floor |
| 23 | New York, NY 10012<br>Telephone: +1.212.614.6464 |
| 24 | Facsimile: +1.212.614.6499 |
| 25 | AMERICAN IMMIGRATION COUNCIL<br>Gianna Borroto (IL Bar No. 6305516) |
| 26 | (*pro hac vice*)<br>*gborroto@immcouncil.org* |
| 27 | Katherine Melloy Goettel (IA Bar No. 53821)<br>(*pro hac vice forthcoming*) |
| 28 | *kgoettel@immcouncil.org*<br>Suchita Mathur (NY Bar No. 5373162) |

(*pro hac vice*)
*smathur@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

# PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUCNTION

PLEASE TAKE NOTICE that, on September 22, 2023, the individual Plaintiffs will and hereby do move for a preliminary injunction enjoining Defendants from turning back, or directing or encouraging others to turn back, non-citizens arriving or attempting to arrive at a Port of Entry on the U.S.-Mexico border, regardless of whether those arriving non-citizens have an appointment made on the CBP One App. As explained in the accompanying memorandum, Plaintiffs are likely to succeed on the merits of their *Accardi* claim, Plaintiffs are likely to suffer irreparable harm in the absence of preliminary injunctive relief, the balance of the equities tips in Plaintiffs' favor, and an injunction is in the public interest.

Dated: August 9, 2023.

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Michelle N. Webster
Matthew E. Fenn

VINSON & ELKINS LLP
Stephen M. Medlock
Evan Miller
Nataly Farag
Alex Rant
Rami Abdallah E. Rashmawi

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow
Neela Chakravartula
Robert Pauw

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (*pro have vice* forthcoming)
Angelo Guisado (*pro have vice* forthcoming)

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel (*pro have vice* forthcoming)
Gianna Borroto
Suchita Mathur

By: */s/ Ori Lev*
Ori Lev

*Attorneys for Plaintiffs*

2

755879294.1