MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>Defendants. | Case No.: 3:23-cv-01367-AGS-BLM<br><br>**Hon. Andrew G. Schopler**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing Date:**<br>**September 22, 2023, 3:00 pm** |

755879294.1

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
Mwebster@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:   +1.202.263.3000
Facsimile:    +1.202.263.3300
Matthew E. Fenn (NY Bar No. 5391149)
(*pro hac vice*)
Mfenn@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600

VINSON & ELKINS LLP
Evan Miller (DC Bar No. 219310)
(*pro hac vice*)
emiller@velaw.com
Nataly Farag (DC Bar No. 90006516)
(*pro hac vice*)
nfarag@velaw.com
Alex Rant (DC Bar No. 1780786)
(*pro hac vice*)
arant@velaw.com
Rami Abdallah E. Rashmawi (DC Bar No. 1780184)
(*pro hac vice*)
rrashmawi@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:   +1.202.639.6500
Facsimile:    +1.202.879.8939


CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice forthcoming*)
bazmy@ccrjustice.org
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice forthcoming*)
aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)
(*pro hac vice*)
gborroto@immcouncil.org
Katherine Melloy Goettel (IA Bar No. 53821)
(*pro hac vice forthcoming*)
kgoettel@immcouncil.org
Suchita Mathur (NY Bar No. 5373162)

1  (*pro hac vice*)
   *smathur@immcouncil.org*
2  1331 G St. NW, Suite 200
   Washington, DC 20005
3  Telephone: +1.202.507.7523
   Facsimile: +1.202.742.5619
4
   CENTER FOR GENDER & REFUGEE STUDIES
5  Neela Chakravartula (CA Bar No. 254746)
   *neela@uclawsf.edu*
6  UC College of the Law, San Francisco
   200 McAllister Street
7  San Francisco, CA  94102
   Telephone: +1.415.565.4877
8  Facsimile: +1.415.581.8824

9  CENTER FOR GENDER & REFUGEE STUDIES
   Robert Pauw (WA Bar No. 13613)
10 (*pro hac vice*)
   *rpauw@ghp-law.net*
11 c/o Gibbs Houston Pauw
   1000 Second Avenue, Suite 1600
12 Seattle, WA  98104
   Telephone: +1.206.682.1080
13 Facsimile: +1.206.689.2270

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUCNTION

PLEASE TAKE NOTICE that, on September 22, 2023, the individual Plaintiffs will and hereby do move for a preliminary injunction enjoining Defendants from turning back, or directing or encouraging others to turn back, non-citizens arriving or attempting to arrive at a Port of Entry on the U.S.-Mexico border, regardless of whether those arriving non-citizens have an appointment made on the CBP One App. As explained in the accompanying memorandum, Plaintiffs are likely to succeed on the merits of their *Accardi* claim, Plaintiffs are likely to suffer irreparable harm in the absence of preliminary injunctive relief, the balance of the equities tips in Plaintiffs' favor, and an injunction is in the public interest.

Dated: August 9, 2023.

MAYER BROWN LLP
Matthew H. Marmolejo
Ori Lev
Michelle N. Webster
Matthew E. Fenn

VINSON & ELKINS LLP
Stephen M. Medlock
Evan Miller
Nataly Farag
Alex Rant
Rami Abdallah E. Rashmawi

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow
Neela Chakravartula
Robert Pauw

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (*pro have vice* forthcoming)
Angelo Guisado (*pro have vice* forthcoming)

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel (*pro have vice* forthcoming)
Gianna Borroto
Suchita Mathur

By: */s/ Ori Lev*
Ori Lev

*Attorneys for Plaintiffs*

2

755879294.1