MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*, <br><br>  Plaintiffs, <br><br>  v. <br><br> Alejandro Mayorkas, *et al.*, <br><br>  Defendants. | Case No.: 3:23-cv-1367-AGS-BLM <br><br> Hon. Andrew G. Schopler <br><br> **DECLARATION OF ORI LEV IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1

23CV1367

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
mwebster@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:   +1.202.263.3000
Facsimile:    +1.202.263.3300
Matthew E. Fenn (NY Bar No. 5391149)
(*pro hac vice*)
mfenn@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600

VINSON & ELKINS LLP
Evan Miller (DC Bar No. 219310)
(*pro hac vice*)
emiller@velaw.com
Nataly Farag (DC Bar No. 90006516)
(*pro hac vice*)
nfarag@velaw.com
Alex Rant (DC Bar No. 1780786)
(*pro hac vice*)
arant@velaw.com
Rami Abdallah E. Rashmawi (DC Bar No. 1780184)
(*pro hac vice*)
rrashmawi@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:   +1.202.639.6500
Facsimile:    +1.202.879.8939

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice forthcoming*)
bazmy@ccrjustice.org
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice forthcoming*)
aguisado@ccrjustice.org
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)
(*pro hac vice*)
gborroto@immcouncil.org
Katherine Melloy Goettel (IA Bar No. 53821)
(*pro hac vice forthcoming*)
kgoettel@immcouncil.org
Suchita Mathur (NY Bar No. 5373162)

2

(*pro hac vice*)
smathur@immcouncil.org
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

# DECLARATION OF ORI LEV

I, Ori Lev, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Mayer Brown LLP and am co-lead counsel for the Plaintiffs in this case.

2. I submit this declaration in support of Plaintiffs' motion for preliminary injunction.

**Exhibits**

3. Attached hereto as Exhibit 1 is a true and accurate copy of a November 1, 2021 memorandum entitled *Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry*. The memorandum is available as of the date of this declaration on CBP's website at https://www.cbp.gov/document/guidance/guidance-management-and-processing-undocumented-non-citizens-southwest-border-land.

4. Attached hereto as Exhibit 2 is a true and accurate copy of a July 24, 2023 Report from the National Immigration Project and Together & Free titled *Facing an Impossible Choice: Experiences of Asylum Seekers in Matamoros and Reynosa Two Months into the Biden Asylum Ban*.

5. Attached hereto as Exhibit 3 is a true and accurate copy of the declaration of Elena Doe.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the declaration of Guadalupe Doe.

7. Attached hereto as Exhibit 5 is a true and accurate copy of the declaration of Somar Doe.

8. Attached hereto as Exhibit 6 is a true and accurate copy of the declaration of Diego Doe.

9. Attached hereto as Exhibit 7 is a true and accurate copy of the declaration of Laura Doe.

10. Attached hereto as Exhibit 8 is a true and accurate copy of the declaration of Luisa Doe.

11. Attached hereto as Exhibit 9 is a true and accurate copy of the declaration of Michelle Doe.

12. Attached hereto as Exhibit 10 is a true and accurate copy of the declaration of Pablo Doe.

13. Attached hereto as Exhibit 11 is a true and accurate copy of the declaration of Joanna Williams.

14. Attached hereto as Exhibit 12 is a true and accurate copy of the Declaration of Nicole Ramos.

15. Attached hereto as Exhibit 13 is a slip shit for audio recordings made by Nicole Ramos recording CBP officers turning back arriving noncitizens. The audio recordings will be lodged with the Court.

16. Attached hereto as Exhibit 14 is a true and accurate copy of the Declaration of Erika Pinheiro.

17. Attached hereto as Exhibit 15 is a true and accurate copy of the declaration of Natasha Doe.

18. Attached hereto as Exhibit 16 is a true and accurate copy of the U.S. Department of State's Mexico Travel Advisory, available as of the date of this declaration on the Department of State's website at https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/mexico-travel-advisory.html.

19. Attached hereto as Exhibit 17 is a true and accurate copy of the Declaration of Kimiko Hirota.

20. Attached hereto as Exhibit 18 is a true and accurate copy of the Declaration of Carlos Doe.

21. Attached hereto as Exhibit 19 is a true and accurate copy of the Declaration of Felicia Rangel-Samponaro.

22. Attached hereto as Exhibit 20 is a true and accurate copy of the Declaration of Nicole Phillips.

23. Attached hereto as Exhibit 21 is a true and accurate copy of a paper titled "Disposable Lives: Pervasive Psychological Harm Inflicted by Asylum Barriers" by Jenifer Wolf-Williams, Ed.D., LPC-S, LPA, Executive Director, H.O.M.E.

24. Attached hereto as Exhibit 22 is a true and accurate copy of the Declaration of Isabel Doe.

25. Attached hereto as Exhibit 23 is a true and accurate copy of the Declaration of Angela Doe.

26. Attached hereto as Exhibit 24 is a true and accurate copy of the Declaration of Caitlyn Yates.

27. Attached hereto as Exhibit 25 is a true and accurate copy of Human Rights First's July 2023 Report titled "Refugee Protection Travesty: Biden Asylum Ban Endangers and Punishes At-Risk Asylum Seekers."

28. Attached hereto as Exhibit 26 is a true and accurate copy of the May 28, 2023 PBS article titled "As new immigration rules take effect, asylum-seekers face long waits, anguish at U.S. border."

29. Attached hereto as Exhibit 27 is a true and accurate copy of the Declaration of Jennifer Babaie on behalf of Las Americas Immigrant Advocacy Center.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of August 2023 in Bethesda, MD.

*/s/ Ori Lev*

Ori Lev