UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Alejandro Mayorkas, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-01367-AGS-BLM<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION MOTIONS** |

### ORDER

　Before the Court is Plaintiffs' Ex Parte Application Setting Briefing Schedule for Class Certification and Preliminary Injunction Motions. For good cause shown, IT IS HEREBY ORDERED that the Application is GRANTED. Defendants' oppositions to the Plaintiffs' motions for provisional class certification and for preliminary injunction shall be due on or before September 6, 2023. Plaintiffs' reply briefs in support of their motions shall be due on or before September 15, 2023. SO ORDERED.

Dated: August __, 2023

　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　United States District Judge