MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE
STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed
on Next Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, | Case No.: 3:23-cv-01367-AGS-BLM |
| Plaintiffs, | Hon. Andrew G. Schopler |
| v. | **EXHIBIT 2 TO PLAINTIFFS'** |
| ALEJANDRO N. MAYORKAS, *et al.*, | **NOTICE OF SUPPLEMENTAL FACTS** |
| Defendants. | |

23cv1367

MAYER BROWN LLP
Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
*Mwebster@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300
Matthew E. Fenn (NY Bar No. 5391149)
(*pro hac vice*)
*Mfenn@mayerbrown.com*
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600

VINSON & ELKINS LLP
Evan Miller (DC Bar No. 219310)
(*pro hac vice*)
*emiller@velaw.com*
Nataly Farag (DC Bar No. 90006516)
(*pro hac vice*)
*nfarag@velaw.com*
Alex Rant (DC Bar No. 1780786)
(*pro hac vice*)
*arant@velaw.com*
Rami Abdallah E. Rashmawi (DC Bar No. 1780184)
(*pro hac vice*)
*rrashmawi@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy (NY Bar No. 2860740)
(*pro hac vice forthcoming*)
*bazmy@ccrjustice.org*
Angelo Guisado (NY Bar No. 5182688)
(*pro hac vice forthcoming*)
*aguisado@ccrjustice.org*
666 Broadway, 7th Floor
New York, NY 10012
Telephone: +1.212.614.6464
Facsimile: +1.212.614.6499

AMERICAN IMMIGRATION COUNCIL
Gianna Borroto (IL Bar No. 6305516)
(*pro hac vice*)
*gborroto@immcouncil.org*
Katherine Melloy Goettel (IA Bar No. 53821)
(*pro hac vice*)
*kgoettel@immcouncil.org*
Suchita Mathur (NY Bar No. 5373162)
(*pro hac vice*)

1   *smathur@immcouncil.org*
    1331 G St. NW, Suite 200
2   Washington, DC 20005
    Telephone: +1.202.507.7523
3   Facsimile: +1.202.742.5619

4   CENTER FOR GENDER & REFUGEE STUDIES
    Neela Chakravartula (CA Bar No. 254746)
5   *neela@uclawsf.edu*
    UC College of the Law, San Francisco
6   200 McAllister Street
    San Francisco, CA  94102
7   Telephone: +1.415.565.4877
    Facsimile: +1.415.581.8824
8
    CENTER FOR GENDER & REFUGEE STUDIES
9   Robert Pauw (WA Bar No. 13613)
    (*pro hac vice*)
10  *rpauw@ghp-law.net*
    c/o Gibbs Houston Pauw
11  1000 Second Avenue, Suite 1600
    Seattle, WA  98104
12  Telephone: +1.206.682.1080
    Facsimile: +1.206.689.2270

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SOMAR DOE

I, SOMAR DOE, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2.     On Friday, August 18, 2023, my daughter, her three young children, another asylum seeker and her two young children, and I attempted to present for our appointments at 8:00 p.m. at the San Ysidro Port of Entry ("POE") near the plaza known as "Chaparral." We were accompanied by attorney Nicole Ramos from the organization Al Otro Lado.

3.     Nicole Ramos stayed behind as we entered a building with officials from the Mexican immigration agency, INM. We encountered an INM officer named Roberto Esparza who stopped us from going any further. We informed him that we had received appointments through the *Al Otro Lado v. Mayorkas* lawsuit. He replied that we were not on his pre-approved list and that we could not pass. He instructed us to get out of line and wait off to the side.

4.     While we waited, my daughter brought her children to a nearby bathroom, leaving me alone with Officer Esparza. Unprompted, Officer Esparza threatened that, even if we were able to proceed, the U.S. government was going to separate me from my family and detain me because they did not consider me a part of the family. I did not respond because the Al Otro Lado lawyers had told me that I would not be separated from my family. Officer Esparza was also very rude and yelled multiple times at the other asylum seeker who was attempting to present with us. After waiting for approximately one hour, a U.S. official came out and told us we were not on the list and could not proceed, locked the gate, and directed Officer Esparza to escort us out of the facility and onto the street.

5.      We called Al Otro Lado attorney Nicole Ramos to tell her what happened. She arrived shortly thereafter and began making phone calls. At approximately 10:00 p.m. she told us that we had to go to another POE, San Ysidro East, in order to be processed. We walked to San Ysidro East, which took about twenty minutes. When we arrived at the San Ysidro East POE, Nicole Ramos approached the CBP officers and told them that we needed to be processed. The CBP officers told her that an error had been made and that we had to return to Chaparral to be processed.

6.      When we returned to Chaparral, a Mexican private security guard refused to let us pass to reach the U.S. side of the facility. Nicole Ramos informed him that our appointment was for that day and only that day, but he still blocked us from proceeding. Eventually, after Nicole Ramos called CBP, she told us we needed to go *back* to San Ysidro East once more to be processed.

7.      It was nearing midnight when we reached San Ysidro East for the second time. Initially, the CBP officer did not wish to let us pass when we arrived, and actually directed us to go back to Chaparral. The children were exhausted, thirsty, and restless. After being turned away multiple times, they asked me "why won't they let us in, mom you promised?" I was frustrated, disillusioned, and very sad. We were desperate and had nowhere to go that night. It was not until Nicole Ramos told the officer that we had an appointment and explained the evening's ordeal that the officer finally allowed us to be processed.


Executed on August 30, 2023 at Milwaukee, Wisconsin

_____

Somar Doe

CERTIFICATION

I, Angelo Guisado declare that I am fluent in the English and Spanish languages.

On August 29, 2023, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant.  After I finished translating the declaration, the declarant verified to me that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2023, New York, NY

_____                    08/30/2023
Angelo Guisado                                        Date