```
 1  MAYER BROWN LLP
    Matthew H. Marmolejo (CA Bar No. 242964)
 2  mmarmolejo@mayerbrown.com
    333 S. Grand Avenue
 3  47th Floor
    Los Angeles, CA 90071-1503
 4  Telephone: +1.213.229.9500
    Ori Lev (DC Bar No. 452565)
 5  (pro hac vice)
    olev@mayerbrown.com
 6  1999 K Street, N.W.
    Washington, DC 20006
 7  Telephone:  +1.202.263.3000
    Facsimile:   +1.202.263.3300
 8
    VINSON & ELKINS LLP
 9  Stephen M. Medlock (VA Bar No. 78819)
    (pro hac vice)
10  smedlock@velaw.com
    2200 Pennsylvania Ave., N.W., Ste. 500 W
11  Washington, DC 20037
    Telephone:  +1.202.639.6500
12  Facsimile:   +1.202.879.8939

13  CENTER FOR GENDER AND REFUGEE
    STUDIES
14  Melissa Crow (DC Bar No. 453487)
    (pro hac vice)
15  crowmelissa@uclawsf.edu
    1121 14th Street, N.W., Suite 200
16  Washington, DC 20005
    Telephone: +1.202.355.4471
17  Facsimile: +1.415.581.8824

18  Additional Attorneys for Plaintiffs Listed
    on Next Page
19
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.,* | Case No.: 3:23-cv-01367-AGS-BLM |
| Plaintiffs, | Hon. Andrew G. Schopler |
| v. | **EXHIBIT 3 TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL FACTS** |
| ALEJANDRO N. MAYORKAS, *et al.*, | |
| Defendants. | |

23cv1367

| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | Michelle N. Webster (DC Bar No. 985265) |
| 2 | (*pro hac vice*) |
| | *Mwebster@mayerbrown.com* |
| 3 | 1999 K Street, N.W. |
| | Washington, DC 20006 |
| 4 | Telephone:   +1.202.263.3000 |
| | Facsimile:   +1.202.263.3300 |
| 5 | Matthew E. Fenn (NY Bar No. 5391149) |
| | (*pro hac vice*) |
| 6 | *Mfenn@mayerbrown.com* |
| | 71 S. Wacker Dr. |
| 7 | Chicago, IL 60606 |
| | Telephone: +1.312.782.0600 |
| 8 | |
| | VINSON & ELKINS LLP |
| 9 | Evan Miller (DC Bar No. 219310) |
| | (*pro hac vice*) |
| 10 | *emiller@velaw.com* |
| | Nataly Farag (DC Bar No. 90006516) |
| 11 | (*pro hac vice*) |
| | *nfarag@velaw.com* |
| 12 | Alex Rant (DC Bar No. 1780786) |
| | (*pro hac vice*) |
| 13 | *arant@velaw.com* |
| | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| 14 | (*pro hac vice*) |
| | *rrashmawi@velaw.com* |
| 15 | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
| | Washington, DC 20037 |
| 16 | Telephone:   +1.202.639.6500 |
| | Facsimile:   +1.202.879.8939 |
| 17 | |
| 18 | CENTER FOR CONSTITUTIONAL RIGHTS |
| | Baher Azmy (NY Bar No. 2860740) |
| 19 | (*pro hac vice forthcoming*) |
| | *bazmy@ccrjustice.org* |
| 20 | Angelo Guisado (NY Bar No. 5182688) |
| | (*pro hac vice forthcoming*) |
| 21 | *aguisado@ccrjustice.org* |
| | 666 Broadway, 7th Floor |
| 22 | New York, NY 10012 |
| | Telephone: +1.212.614.6464 |
| 23 | Facsimile: +1.212.614.6499 |
| 24 | AMERICAN IMMIGRATION COUNCIL |
| | Gianna Borroto (IL Bar No. 6305516) |
| 25 | (*pro hac vice*) |
| | *gborroto@immcouncil.org* |
| 26 | Katherine Melloy Goettel (IA Bar No. 53821) |
| | (*pro hac vice*) |
| 27 | *kgoettel@immcouncil.org* |
| | Suchita Mathur (NY Bar No. 5373162) |
| 28 | (*pro hac vice* |

*smathur@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

## DECLARATION OF DIEGO DOE

I, DIEGO DOE, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. On Saturday, August 19, 2023, my wife and I attempted to present for our scheduled 12:00 p.m. appointments at the San Ysidro Port of Entry ("POE"). We arrived at the plaza known as "Chaparral" outside of the POE at 11:30 a.m. Accompanying me and my wife to present for asylum were two other asylum seekers, their families including young children, and Nicole Ramos, an attorney who works for Al Otro Lado.

3. As we approached the building to be processed, a Grupo Beta official stopped us and asked us to provide our documents and proof of our CBP One appointment. Nicole Ramos showed him documents indicating that we had appointments, but he said he needed further authorization. He proceeded to contact someone, after which he told us that they could not process us at this port and that we needed to go to San Ysidro East.

4. After walking for about twenty minutes, we arrived at San Ysidro East. Nicole Ramos approached a CBP officer at the gate and informed them that we had an appointment and that the officials at the other port entry had told us we needed to be processed here. The officers instructed us to wait off to the side behind a gate. Eventually, after about twenty or thirty minutes, a CBP supervisor appeared and told us that, despite what the other officials had said, we needed to go back to Chaparral for our appointment.

5. When we returned to Chaparral, a Mexican security officer stationed outside the facility refused to let us enter. It was only after Nicole Ramos extensively and carefully explained our situation that eventually he relented and let

us pass around 1:00 p.m. When we presented at the U.S. side of the gate, the CBP officers joked and asked, "what took you so long?"

6.  Having waited in Tijuana for weeks without any idea when we would be safe, the officer's joke made a very stressful situation even worse. The stress and uncertainty led me to clamp my jaw down so hard it caused an extremely painful abscessed molar. The multiple kilometer-long trips between ports—in which I had to carry my bags, my wife's bags, and the bags of the children who sought to present with us—caused me excruciating back pain.

Executed on August 30, 2023 at San Diego, CA

███████████████████████

Diego Doe

## CERTIFICATION

I, Angelo Guisado declare that I am fluent in the English and Spanish languages.

On August 29, 2023, I read the foregoing declaration and orally translated it faithfully and accurately into Spanish in the presence of the declarant. After I finished translating the declaration, the declarant verified to me that the contents of the foregoing declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2023, New York, NY

_____            08/30/2023
Angelo Guisado                                            Date