BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
EREZ REUVENI
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
katherine.j.shinners@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:23-cv-01367-AGS-BLM |
| *Plaintiffs*, | Hon. Andrew G. Schopler |
| v. | **DECLARATION OF KATHERINE SHINNERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF No. 39)** |
| Alejandro MAYORKAS, Secretary, Department of Homeland Security, *et al.*, | |
| *Defendants* | |

I, Katherine J. Shinners, declare as follows:

1. I am Senior Litigation Counsel in the District Court Section of the U.S. Department of Justice's Office of Immigration Litigation. I am an attorney of record for the Defendants in the case entitled *Al Otro Lado, Inc. v. Mayorkas*, No. 3:23-cv-01367-BAS-KSC, pending in the U.S. District Court for the Southern District of California.

2. Attached hereto as Exhibit 1 is a true and correct copy of Proposed Order submitted by Plaintiffs to the Court in connection with their Motion for Preliminary Injunction (ECF No. 39).

3. Attached hereto as Exhibit 2 is a true and correct copy of the September 13, 2023 Declaration of Stephanie Watson.

4. Attached hereto as Exhibit 3 is a true and correct copy of the September 13, 2023 Declaration of Katrina Deyo.

5. Attached hereto as Exhibit 4 is a true and correct copy of the September 13, 2023 Declaration of Samuel Cleaves.

6. Attached hereto as Exhibit 5 is a true and correct copy of the report entitled "Asylum Processing at the U.S.-Mexico Border: May 2023," downloaded from https://www.strausscenter.org/publications/asylum-processing-at-the-u-s-mexico-border-may-2023/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed on September 13, 2023, in Washington, D.C.

                                        *s/ Katherine J. Shinners*
                                        KATHERINE J. SHINNERS