# DEFENDANTS' EXHIBIT 1

Opposition to Plaintiffs' Motion for Preliminary Injunction

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Al Otro Lado, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alejandro Mayorkas, *et al.*,<br><br>Defendants. | Case No.: 3:23-cv-1367-AGS-BLM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**ORDER**

Before the Court is Named Plaintiffs' Motion for Preliminary Injunction. For good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and that Defendants are ENJOINED from turning back, or directing or encouraging others to turn back, non-citizens arriving or attempting to arrive at a Port of Entry on the U.S.-Mexico border, regardless of whether those arriving non-citizens have an appointment made on the CBP One App.

SO ORDERED.

Dated: September __, 2023

                                                Hon. Andrew G. Schopler
                                                United States District Judge