# DEFENDANTS' EXHIBIT 3

## Opposition to Plaintiffs' Motion for Preliminary Injunction

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL OTRO LADO, INC., | Case No. 23-cv-01367-AGS-BLM |
| Plaintiffs, | **DECLARATION OF KATRINA DEYO** |
| vs. | |
| ALEJANDRO N. MAYORKAS, et al. | |
| Defendants. | |

I, Katrina Deyo, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby declare as follows relating to the above-captioned matter.

1.     I am the Assistant Port Director of the San Ysidro Port of Entry (POE), within the San Diego Field Office (SDFO), Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP).  I have held this position since March 12, 2023.

2.     As the Assistant Port Director of the San Ysidro POE, I lead the day-to-day operations of three ports of entry with a staff of more than 1,000 employees, including CBP Officers, Agricultural Specialists, and Mission Support personnel.  I provide oversight of the San Ysidro POE, the busiest land border crossing in the western hemisphere which sees between approximately 100,000 to 120,000 travelers per day, airport/seaport operations at the Port of San Diego, and the Cross Border Xpress, a first of its kind public/private venture that serves as an enclosed pedestrian bridge directly connecting San Diego with the international airport in Tijuana, Mexico.  I serve as the fourth-line supervisor for the San Ysidro POE Admissibility Enforcement Unit.

3.     Prior to my current position, I served as the Director, Branch Chief, and Program Manager for the Enforcement Programs Division at CBP Headquarters (HQ), Admissibility and Passenger Programs from March 31, 2019 to March 11, 2023.  I entered on duty as a CBP Officer

Defendants' Ex. 3 - PI Opp.

(CBPO) on September 3, 2013.

4.    I make this declaration to explain SDFO's policies and procedures governing the processing and treatment of noncitizens who lack documents sufficient for lawful admission to the United States; explain steps that I and my leadership team have taken to remind personnel of their obligations under these policies and procedures; explain steps the Field Office has taken to address concerns or complaints identified relating to this processing; and to provide information about the processing of 16 individuals who I understand to be current or former named Plaintiffs in this action, and members of their family.

5.    The SDFO area of responsibility (AOR) stretches from the Pacific Ocean to the Arizona border and encompasses the five Class A land POEs of San Ysidro, Otay Mesa, Tecate, Calexico, and Andrade, as well as the Port of San Diego airport/seaport, and Cross Border Xpress.  This includes approximately 2,800 CBPOs, Operational Supervisors, and associated support personnel.

6.    The SDFO is a busy field office with dynamic operations, including the San Ysidro POE, the busiest land border crossing in the western hemisphere.  In fiscal year 2023, to date (October 1, 2022-July 31, 2023):

a.    The SDFO processed more than 52 million travelers, accounting for 19% of the total travelers processed by OFO nationwide; more than 23 million vehicles, accounting for 33% of the total vehicles processed by OFO nationwide; and more than 12 million pedestrians, accounting for 44% of the total pedestrians processed by OFO nationwide.

b.    The SDFO apprehended approximately 550 individuals seeking admission to the United States using fraudulent documents, accounting for 59% of the fraud cases apprehended by OFO nationwide.

c.    The SDFO intercepted 18% of the cocaine, 48% of the heroin, 61% of the methamphetamine, and 45% of the fentanyl seized by OFO nationwide; apprehended approximately 1,700 individuals for whom arrest warrants had been issued, accounting for 20% of OFO's total such apprehensions nationwide; and arrested nearly 3,000 individuals for criminal offenses, accounting for nearly 25% of OFO's total arrests nationwide.

7.     During a regular shift at a POE, CBPOs are generally responsible for the primary and secondary inspection of individuals along with their belongings and conveyances seeking to enter the United States.   Supervisory CBPOs are the first line supervisors of CBPOs and are responsible for providing guidance and instruction to CBPOs.   One level of supervision above a supervisory CBPO are the chief CBPOs, who are responsible for overseeing a particular area or unit of the POE during a shift. The third level of supervision comes from Watch Commanders, who, in general, oversee the overall operations of the POE during a shift.   Above Watch Commanders are the Assistant Port Directors and the Port Director.

8.     I am familiar with the memorandum entitled *Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry*, issued by the CBP Commissioner on November 1, 2021. On November 2, 2021, the SDFO emailed the guidance to managers within the SDFO, including at the POEs.   At the time the November 2021 memorandum was issued, the Centers for Disease Control and Prevention's (CDC) Title 42 (T42) public health order remained in effect.   Thus, the November 2021 memorandum made clear that it would be applicable to operations following the termination of T42.

9.     Similarly, as the eventual termination of T42 approached, on or about November 17, 2022, OFO HQ directed the SDFO to prepare plans for post-T42 processing, particularly addressing what was expected to be a surge of noncitizens encountered at the POE without documents sufficient for lawful admission.  On or about May 10, 2023, the SDFO finalized its Post – T42 Processing Plan.  This plan provides procedures applicable to the processing of noncitizens without documents sufficient for lawful admission to the United States, by POEs in the SDFO.  It provides that ports may not turn back such noncitizens or require them to travel to a particular POE to be processed, and that ports must permit noncitizens to wait to be processed. The plan provides that noncitizens without documents sufficient for lawful admission may be encouraged to utilize the CBP One™ application to schedule an appointment to present at a POE but are not required to make an appointment to be processed.  All ports, including ports at which CBP One™ appointments are not available, must process as operationally feasible balancing the need for processing with the duty to execute other critical priority missions.

10.     On or about May 11, 2023, the SDFO emailed to all leadership at each of the POEs within the SDFO the May 11, 2023 memorandum and muster prepared by OFO HQ.  A verbal muster is a meeting, typically at the beginning of a shift, wherein supervisors disseminate

guidance, instructions, and/or address issues officers need to follow and/or should be aware of. Specifically, the POEs tasked the Watch Commanders to muster, i.e., verbally brief, the chief CBPOs, supervisory CBPOs, and CBPOs on their respective shifts to ensure personnel were aware of what was expected of them when encountering noncitizens without documents sufficient for lawful admission. To account for staff on leave and on regular days off, the verbal musters were held over a period of several days starting on or about May 11, 2023.

11.     At the San Ysidro POE, on or about May 11, 2023, I personally led a verbal muster of the night and midnight shift managers covering post-T42 processing guidance, including the expectation to inform noncitizens encountered without documents sufficient for lawful admission of their option to wait to be processed or to access CBP One™ to obtain an appointment to present at a POE as well as the importance of not turning these individuals away or discouraging them from waiting to be processed.

12.     On or about May 13, 2023, I emailed the port's Watch Commanders instructing them to muster personnel consistently for the next three to five days to ensure all were aware of the expectation when encountering individuals without documents sufficient for lawful admission. More specifically, I stated that a "[n]oncitizen without documents sufficient for entry to the United States should be advised that they may wait to be processed or they may utilize CBP One™ to obtain an appointment to present at the POE for processing. Under no circumstances will these individuals be turned away, redirected, or discouraged from waiting to be processed." A true and correct redacted copy of the email thread is attached hereto as Exhibit A. This document contains redactions to confidential information, such as the contact information of CBP personnel, and information which is law enforcement sensitive, including details of the CBP inspection process that reveal how CBP exercises its law enforcement discretion.

13.     On or about May 19, 2023, I was notified by HQ about allegations in an upcoming San Diego Union Tribune article that the San Ysidro POE was refusing to inspect and process noncitizens who did not have CBP One™ appointments. When I became aware of the allegations, I obtained the name of the officer alleged to have been involved and contacted the officer to ensure his messaging to noncitizens was consistent with our policy that is, he was not turning noncitizens away, redirect them to another POE, or discourage them from waiting to be processed in any way. He confirmed that he was not turning noncitizens away as alleged in the San Diego Union

Tribune article. On this same date, I sent another email directing Watch Commanders to conduct another round of verbal musters that day to ensure that officers understand what is expected of them and to address any questions that may have come up as officers likely had interacted with travelers and media more since the previously held verbal musters had been delivered. A true and correct redacted copy of the email thread is attached hereto as Exhibit B. This document contains redactions to confidential information, such as the contact information of CBP personnel, and information which is law enforcement sensitive, including details of the CBP inspection process that reveal how CBP exercises its law enforcement discretion.

14.     On or about July 31, 2023, in anticipation of encountering more noncitizens without documents sufficient for lawful admission at the international boundary due the District Court's decision in *East Bay Sanctuary Covenant v Biden*, I again emailed the San Ysidro Watch Commanders and directed them to conduct musters on all three shifts for the next few days to remind officers of the appropriate messaging to undocumented noncitizens. A true and correct redacted copy of the email is attached hereto as Exhibit C. This document contains redactions to confidential information, such as the contact information of CBP personnel, and information which is law enforcement sensitive, including details of the CBP inspection process that reveal how CBP exercises its law enforcement discretion

15.     On or about May 11, 2023, the Otay Mesa POE emailed the SDFO post-Post T42 Processing Plan to all of its Watch Commanders, asking them to brief the managers and staff on their shifts. One of the key points Watch Commanders were asked to brief their staff was that "CBP Officers should not send migrants away to SYS [San Ysidro] or tell migrants that OTM [Otay Mesa] will not process them. Migrants may choose to wait for processing in Mexico." A true and correct redacted copy of the email thread is attached hereto as Exhibit D. This document contains redactions to confidential information, such as the contact information of CBP personnel, and information which is law enforcement sensitive, including port staffing information which, if revealed, could pose a threat to officer safety

16.     On or about May 11, 2023, the Calexico POE Port Director, emailed the SDFO post-Post T42 Processing Plan to the Calexico POE managers. That same day, the Port Director asked his managers to ensure that the post-Post T42 memorandum and muster were reviewed and verbally mustered for all locations and shifts. A true and correct redacted copy of the email is attached hereto as Exhibit E. This document contains redactions to confidential information, such

as the contact information of CBP personnel.  For example, the Watch Commander on the night shift personally briefed the night shift chiefs and asked them to ensure that staff received the briefing.  Similarly, the Watch Commander on the day shift conducted briefings and had discussions with the chiefs, supervisors, and officers, including officers temporarily detailed to the Calexico POE, on shift to ensure processing was completed according to the guidelines.  Additionally, the Assistant Port Director began briefing chiefs two days before the end of T42 and instructed them to brief their supervisors and officers.

17.    Currently, there are two POEs within the SDFO area of responsibility available for selection as a presentation location for noncitizens with a CBP One™ appointment - San Ysidro and Calexico. Beginning May 12, 2023, the San Ysidro POE had 240 available CBP One™ appointment slots, increasing that number over time to the current state where the San Ysidro POE has 385 available CBP One™ appointment slots per day. The San Ysidro POE has two pedestrian entrances: Pedestrian East and Pedestrian West.  Noncitizens with CBP One™ appointments generally enter at the Pedestrian West entrance. At both Pedestrian East and Pedestrian West, CBPOs are stationed on the U.S. side of the international boundary line between the U.S. and Mexico to prevent the pedestrian tunnels from becoming overcrowded, ensuring a safe pedestrian environment for all travelers.  The CBPOs at the international boundary assist in maintaining organization and communicate to management when an issue requiring their attention arises. Noncitizens identified at the international boundary in exigent circumstances or presenting in a state of medical emergency are processed expeditiously regardless of available identity or immigration related documentation, and regardless of whether or not they have a scheduled CBP One™ appointment.  Noncitizens who present at the San Ysidro POE Pedestrian East international boundary without a CBP One™ appointment can wait to be processed by waiting in a line that forms to the east side of the international boundary in Mexico.  When noncitizens are present in that line, CBPOs will notify the operations managers that there are people waiting to be processed, and the operations managers will then notify the Admissibility Enforcement Unit (AEU).  Such noncitizens are escorted to the AEU from the international boundary, as the AEU has the physical space and CBPOs trained and equipped to process them.  San Ysidro POE has sought to increase the number of officers available for processing through temporary assignments to the AEU to address staffing deficiencies; however, the number of available officers has not been sufficient to alleviate staffing and resource constraint.  There are limits on the number of individuals that can

be escorted to the AEU for a number of reasons, including the volume of noncitizens without documents sufficient for lawful admission requiring processing continues to increase, increased encounters of noncitizens for whom streamlined processing is not appropriate due to national security or public safety risk, an increased number of undocumented noncitizens whose CBP processing is complete must wait in CBP custody for transportation by U.S. Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO), and continued encounters of noncitizens committing fraud or apprehended during human smuggling attempts.  Other factors that may impact the AEU's ability to process noncitizens without a CBP One™ appointment include, but are not limited to, physical capacity constraints as a result of noncitizens in custody of varying demographics, identified vulnerabilities, and communicable disease. Similarly, at the San Ysidro POE Pedestrian West international boundary, noncitizens without documents sufficient for lawful admission who present without an appointment are also processed as AEU space and staffing permits. The Pedestrian West entrance does not generally encounter a large number of noncitizens without documents sufficient for lawful entry, outside of those with CBP One™ appointments.

18.  Beginning May 12, 2023, the Calexico POE had 45 available CBP One™ appointment slots, increasing that number over time to the current state where the Calexico POE has 75 available CBP One™ appointment slots per day.  Noncitizens without CBP One™ appointments wait at the turnstile between the United States and Mexico at the international boundary.   There is no designated waiting area or line, the area where people wait is the area within the Mexican immigration compound and is lit and shaded.  At the Calexico POE, one officer per shift is assigned to solely complete case processing of noncitizens without documents sufficient for lawful admission who present without a CBP One™ appointment.  This officer will periodically check to see if there are any noncitizens without an appointment waiting to be processed, or at times, the officer will be notified by officers assigned to process pedestrian travelers that there are people waiting at the international boundary.  Officers maintain a constant watch of the international boundary.  Generally, the assigned officer will process those individuals or family units one-by-one as they arrive throughout the course of the day, typically within the same shift in which they arrived, if not by the next shift.  Lately, the numbers have been low and those individuals have generally been able to be processed as they come to the international boundary.

19.     No other ports within the SDFO are available to be selected in the CBP One™ application when scheduling an appointment.  Noncitizens without documents sufficient for lawful admission who present at other ports within the SDFO are processed as physical space and staffing resources at the main processing hubs, San Ysidro and Calexico, allow, although noncitizens with an identified vulnerability or with an urgent medical need may be prioritized. Noncitizens without documents sufficient for lawful admission who are encountered at the Andrade and Tecate POEs are brought into the POE and transported to the Calexico POE or San Ysidro POE, respectively, for processing.  Noncitizens without documents sufficient for lawful admission encountered at the Otay Mesa POE but who are not able to be immediately processed will wait off to the side of the pedestrian line, at the international boundary in Mexico until there is capacity to process them. Undocumented noncitizens encountered at the Tecate or Otay Mesa POEs are transported to the San Ysidro POE for processing.  Thus, the same space and staff constraints that affect the San Ysidro POE apply to individuals that are encountered at the Tecate or Otay Mesa POEs.  At the Otay Mesa POE, typically the pedestrian supervisor will monitor the international boundary and coordinate the intake and transport of those individuals, as directed by the San Ysidro POE AEU, and in consultation with the Otay Mesa POE operations chief and duty Watch Commander.

20.     With regard to addressing concerns about accessing a POE without an appointment, all POEs within the SDFO work to complete case processing and movement of undocumented noncitizens as expeditiously as possible to alleviate physical space constraints.  Additionally, POEs in the SDFO regularly assess workload across all of the CBP priority mission sets and have continuously dedicated staff to processing of undocumented noncitizens.

21.     I am aware of complaints involving allegations that noncitizens who do not have CBP One™ appointments are prevented from accessing a U.S. POE by officials of the Mexican government, particularly at the San Ysidro POE.  CBP does not, in any way, direct or control the Mexican government or direct Mexican officials to take any actions on Mexican soil.  While the POEs in the SDFO engage with their Mexican counterparts multiple times a day on various cross-border activities (including on issues such as wait times, volume of travel and trade, law enforcement priorities, and humanitarian issues), Mexico, as a sovereign country, has the right to manage migration in whatever manner it deems appropriate, including  how to implement certain exit controls applicable to individuals leaving  Mexican territory.

22.     I am aware that OFO HQ manually scheduled CBP One™ appointments for 16 individuals, named Plaintiffs and their family members, at the San Ysidro POE on August 18 and August 19, 2023.  I am aware that such individuals experienced difficulties exiting Mexico and entering the U.S. POE.  Based on conversations with members of my staff, I understand that officials of the Mexican government may have prevented the individuals from exiting Mexico due to the lack of a CBP One™ confirmation email. CBP did not play any role in this action by the Mexican government.  The individuals were all ultimately processed at the San Ysidro POE.

23.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2023, at San Diego, California.

KATRINA E DEYO
Digitally signed by KATRINA E DEYO
Date: 2023.09.13 15:58:12 -07'00'

Katrina Deyo
Assistant Port Director
San Ysidro Port of Entry
San Diego Field Office

Defendants' Ex. 3 - PI Opp.

# EXHIBIT A

| | |
|---|---|
| **From:** | DEYO, KATRINA E |
| **To:** | SYS-PAX-WATCH-COMMANDERS |
| **Subject:** | Re: Field Guidance - Post T42 and Circumvention of Lawful Pathways |
| **Date:** | Saturday, May 13, 2023 12:59:55 PM |

Good afternoon team,

Consistent with the musters delivered earlier this week please continue to muster personnel consistently for the next 3-5 days to ensure all are aware of the expectation when encountering individuals without entry documents.

Noncitizen without documents sufficient for entry to the United States should be advised that they may wait to be processed or they may utilize CBP One to obtain an appointment to present at the POE for processing. Under no circumstances will these individuals be turned away, redirected, or discouraged from waiting to be processed.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
U.S. Customs and Border Protection
Office of Field Operations

**PII**

**From:** DEYO, KATRINA E **PII**
**Sent:** Thursday, May 11, 2023 6:54 PM
**To:** SYS-PAX-WATCH-COMMANDERS **PII**
**Subject:** Field Guidance - Post T42 and Circumvention of Lawful Pathways

Good evening,

I believe most, if not all, of you have received the attached field guidance from various dissemination channels.  This guidance goes into effect at 2100 hours Pacific Daylight Time today, May 11, 2023.

Of note from this guidance for Frontline Operations:

- Where a noncitizen is permitted to withdraw their application for admission, CBP officers may, in place of a traditional sworn statement, answer the following questions in the event closeout portion in Unified Secondary (USEC):
  - **Law Enforcement Sensitive**
  - 
  - 
- Currently, Instituto Nacional de Migración (INM) will only accept for return to Mexico, subsequent to processing for withdrawal of application for admission, Mexican nationals and other that Mexican (OTM) nationals who has status in Mexico.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
Office of Field Operations
U.S. Customs and Border Protection
PII

# EXHIBIT B

| From: | DEYO, KATRINA E |
|---|---|
| To: | SYS-PAX-WATCH-COMMANDERS |
| Subject: | Re: Field Guidance - Post T42 and Circumvention of Lawful Pathways |
| Date: | Friday, May 19, 2023 9:00:40 AM |

Good morning team,

We are still seeing some media traffic and inquiries/allegations making their way up to HQ regarding undocumented individuals being turned away or told that CBP One is the only way to access the port. Please do another round of musters today to make sure that the officers understand the expectation and to address any questions that may have come up as they have likely now had more interaction with travelers and media.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
U.S. Customs and Border Protection
Office of Field Operations
███████████

**From:** DEYO, KATRINA E ██████████████████
**Sent:** Saturday, May 13, 2023 2:59 PM
**To:** SYS-PAX-WATCH-COMMANDERS ███████████████████
**Subject:** Re: Field Guidance - Post T42 and Circumvention of Lawful Pathways

Good afternoon team,

Consistent with the musters delivered earlier this week please continue to muster personnel consistently for the next 3-5 days to ensure all are aware of the expectation when encountering individuals without entry documents.

Noncitizen without documents sufficient for entry to the United States should be advised that they may wait to be processed or they may utilize CBP One to obtain an appointment to present at the POE for processing. Under no circumstances will these individuals be turned away, redirected, or discouraged from waiting to be processed.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
U.S. Customs and Border Protection
Office of Field Operations
███████████

**From:** DEYO, KATRINA E ██████████████████
**Sent:** Thursday, May 11, 2023 6:54 PM
**To:** SYS-PAX-WATCH-COMMANDERS ███████████████████
**Subject:** Field Guidance - Post T42 and Circumvention of Lawful Pathways

Good evening,

I believe most, if not all, of you have received the attached field guidance from various dissemination channels.  This guidance goes into effect at 2100 hours Pacific Daylight Time today, May 11, 2023.

Of note from this guidance for Frontline Operations:

- Where a noncitizen is permitted to withdraw their application for admission, CBP officers may, in place of a traditional sworn statement, answer the following questions in the event closeout portion in Unified Secondary (USEC):

  

- Currently, Instituto Nacional de Migración (INM) will only accept for return to Mexico, subsequent to processing for withdrawal of application for admission, Mexican nationals and other that Mexican (OTM) nationals who has status in Mexico.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
Office of Field Operations
U.S. Customs and Border Protection
███████

# EXHIBIT C

Defendants' Ex. 3 - PI Opp.

| | |
|---|---|
| **From:** | DEYO, KATRINA E |
| **To:** | SYS-PAX-WATCH-COMMANDERS |
| **Subject:** | RE: Field Guidance - Post T42 and Circumvention of Lawful Pathways |
| **Date:** | Monday, July 31, 2023 1:27:00 PM |
| **Attachments:** | Statement From Secretary Mayorkas Regarding the U.S. District Court for the Northern District of California Ruling on the Circumvention of Lawful Pathways Rule.msg |
| **Importance:** | High |

Good afternoon all,

With the recent litigation decision related to the Circumvention of Lawful Pathways rule we may begin to encounter more undocumented noncitizens at the international boundary.  Please conduct musters on all three shifts for the next few days to remind officers of the appropriate messaging to these individuals and to remind the officers that there may be additional interest in the responses provided to these individuals by the media directly or by travelers recording the actions and responses of our officers.


Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
Office of Field Operations
U.S. Customs and Border Protection
███ PII ███

---

**From:** DEYO, KATRINA E ███ PII ███
**Sent:** Friday, May 19, 2023 9:01 AM
**To:** SYS-PAX-WATCH-COMMANDERS ███ PII ███
**Subject:** Re: Field Guidance - Post T42 and Circumvention of Lawful Pathways

Good morning team,

We are still seeing some media traffic and inquiries/allegations making their way up to HQ regarding undocumented individuals being turned away or told that CBP One is the only way to access the port. Please do another round of musters today to make sure that the officers understand the expectation and to address any questions that may have come up as they have likely now had more interaction with travelers and media.


Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
U.S. Customs and Border Protection
Office of Field Operations
███ PII ███

---

**From:** DEYO, KATRINA E ███ PII ███
**Sent:** Saturday, May 13, 2023 2:59 PM

**To:** SYS-PAX-WATCH-COMMANDERS [PII]
**Subject:** Re: Field Guidance - Post T42 and Circumvention of Lawful Pathways

Good afternoon team,

Consistent with the musters delivered earlier this week please continue to muster personnel consistently for the next 3-5 days to ensure all are aware of the expectation when encountering individuals without entry documents.

Noncitizen without documents sufficient for entry to the United States should be advised that they may wait to be processed or they may utilize CBP One to obtain an appointment to present at the POE for processing. Under no circumstances will these individuals be turned away, redirected, or discouraged from waiting to be processed.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
U.S. Customs and Border Protection
Office of Field Operations
[PII]

---

**From:** DEYO, KATRINA E [PII]
**Sent:** Thursday, May 11, 2023 6:54 PM
**To:** SYS-PAX-WATCH-COMMANDERS [PII]
**Subject:** Field Guidance - Post T42 and Circumvention of Lawful Pathways

Good evening,

I believe most, if not all, of you have received the attached field guidance from various dissemination channels. This guidance goes into effect at 2100 hours Pacific Daylight Time today, May 11, 2023.

Of note from this guidance for Frontline Operations:

- Where a noncitizen is permitted to withdraw their application for admission, CBP officers may, in place of a traditional sworn statement, answer the following questions in the event closeout portion in Unified Secondary (USEC):
    - Law Enforcement Sensitive [redacted]
    - [redacted]
    - [redacted]
- Currently, Instituto Nacional de Migración (INM) will only accept for return to Mexico, subsequent to processing for withdrawal of application for admission, Mexican nationals and other that Mexican (OTM) nationals who has status in Mexico.

Respectfully,

Katrina Deyo
Assistant Port Director, San Ysidro
Office of Field Operations
U.S. Customs and Border Protection
PII

# EXHIBIT D

| | |
|---|---|
| **From:** | ROSARIO, JORGE E |
| **To:** | OTM-Watch Commanders |
| **Cc:** | HERNANDEZ, ROSA E; CARRILLO, SALLY R; SILVA, CARLOS; LACSON, FERDINAND S |
| **Subject:** | End of Title 42 Processing Plans |
| **Date:** | Thursday, May 11, 2023 1:08:00 PM |
| **Attachments:** | Final SDFO Post T42 Processing Plan (Clean)_sys.docx |

Team,

As we reach the end of the Title 42 public order, the SDFO has provided the attached post SDFO T42 processing Plan. Please familiarize yourself and brief managers and staff on your shifts.

Do not forward or disseminate copies of this email and the attached document.

As stated in the plan, OTM will continue to intake and transfer migrants to SYS AEU unless they reach holding and processing capacity. OTM intake and transfer will depend on SYS AEU readiness to receive migrants. AEU has trained the OTM CBP officers listed below to process migrants utilizing the NTA streamlined process. In the event SYS AEU is at capacity or no longer able to intake migrants encountered at OTM (red phase), trained officers on shift can be pulled from their daily assignments to process migrants at our new secondary processing facility. We also have a few additional officers at OTM that have AEU experience and can process migrants as well. Officers assigned to process migrants are in addition to officers assigned to hard secondary. Officers assigned to hard secondary should continue to deal with hard referrals, assist with intake, and pat downs.

Key notes:

- Migrants in custody that have extenuating factors should continue to be referred to SYS AEU for possible bed space or alternative to detention with ICE ERO.
- Migrants that are referred but not transferred to SYS AEU or ICE ERO should be processed and released from custody as soon as possible.
- Wait times of undocumented noncitizens on U.S. soil become excessive after six hours in accordance with OFO general principles.
- If intaking migrants from the limit line, consider they should be processed safely within the established time frame.
- Migrants processed and released under these circumstances are to be guided to the nearest MTS transit stations or allowed to depart in their vehicle if applicable.
- The processing pace must be determined based on available staffing, resources, and operational needs in real time, in consultation with APDs and the Port Director.
- Plans are subject to change as directed.

Key points to brief:

- OTM is not a migrant processing hub.
- CBP Officers could refer migrants to the CBP One App for processing appointments. Signs will be displayed.
- CBP Officers should not send migrants away to SYS or tell migrants that OTM will not process them. Migrants may choose to wait for processing in Mexico.

- CBP Officers are not to engage in conversations with travelers or migrants about processing and operational status.
- Migrants should only be allowed into the United States for processing by on-duty managers, not officers.

**Officers trained to process migrants:**

Shift: MIDS Law Enforcement Sensitive

1. DELEON, REGGIE
2. SPIRAKES, REBECCA
3. REHMANI, USMAN
4. PEDRIN, JORDAN
5. JOHNSON, ARIAN
6. ZONARAS, GRANT

Shift: DAYS Law Enforcement Sensitive

1. AVALOS, TANYA
2. MORALES, ALONZO
3. COLORES SANTOS, FEDERICO
4. PEREZ-SANTIAGO, SANDRA
5. MAESE, BIANCA
6. MORALES-OSUNA, SAMUEL
7. GILL, CLARISSA
8. SILVA, ALFREDO
9. ELKINS, MICHELLE
10. TESFAI, FILMON

Shift: NIGHTS Law Enforcement Sensitive

1. DAVIS, AUBREY
2. MACHADO, GLORIA
3. ESPARZA, BRITTANY
4. PROVO, EMILIO
5. HALLEY, CORBIN
6. GALLEGOS, ROBERTO
7. RICHARDS, MATTHEW
8. TARANTINO, GIOVAN

Thank you,

Jorge Rosario
Watch Commander, Otay Mesa Port of Entry
U.S. Customs and Border Protection

PII

# EXHIBIT E

| | |
|---|---|
| **From:** | BARRETO, GUSTAVO I |
| **To:** | BINUYA, JEFFREY L |
| **Cc:** | APOLINAR, SERGIO A |
| **Subject:** | FW: MEMORANDUM and MUSTER: Post T42 Port Operations |
| **Date:** | Thursday, May 11, 2023 1:51:00 PM |
| **Attachments:** | 2023 05 11 - Memo - Post T42 Ops.pdf |
| | 2023 05 11 - Muster - Post T42 Ops.pdf |

Jeff,

Please make sure everyone gets briefed.

Thanks,

Gustavo Barreto
Watch Commander
Customs and Border Protection
Cell ████ PII ████

---

**From:** CAZA, ROQUE ████████ PII ████████
**Sent:** Thursday, May 11, 2023 12:48 PM
**To:** CAL Command Staff ████████ PII ████████
**Subject:** Fw: MEMORANDUM and MUSTER: Post T42 Port Operations

Please ensure this is reviewed and mustered for all locations/shifts.

Thanks

Roque Caza
Area Port Director, Calexico
Office of Field Operations
U.S. Customs and Border Protection
████ PII ████

---

**From:** SDOC-LIMITED ████████ PII ████████
**Sent:** Thursday, May 11, 2023 12:01 PM
**To:** ARBOGAST, RANDY M ████████ PII ████████; BONNER, TERRANCE D
████████ PII ████████ >; CAZA, ROQUE ████████ PII ████████; GARCIA,
ROBERTO N ████████ PII ████████; MENDIBLES, EDWARD V
████████ PII ████████; RAMIREZ, DEBRA ████████ PII ████████ >;
STICKLES, LAURA L ████████ PII ████████ >; VALLEJO, DAVID S
████████ PII ████████; VELLA, JOSEPH ████████ PII ████████; ANGUIANO,
RUBEN ████████ PII ████████; APOLINAR, SERGIO A
████████ PII ████████; ARVIZU, ABRIL M. ████████ PII ████████ >;
BARRETO, GUSTAVO I ████████ PII ████████; KOSEOR, RYAN M
████████ PII ████████; LOPEZ, ALEJANDRO NMI
████████ PII ████████; MEDINA, FRANCISCO NMI
████████ PII ████████ >; STEWART, EUGENE J ████████ PII ████████;

AKI, SIDNEY K ; AYALA, GABRIELA G. < PII >; BALETO, MARK < PII >; BANGALAN, ROLAN T < PII >; BARRAGAN, GUILLERMO A < PII >; BOOTH, BRANDON < PII >; BRAUN, JAMES R < PII >; CARDONA, ESTEFANIA < PII >; CARRILLO, SALLY R < PII >; CASTILLO, MOISES < PII >; CHAVEZ, VERONICA J < PII >; DEMOTT, JEFFREY M < PII >; HARO, JOSE R < PII >; HERNANDEZ, MELISSA A < PII >; HERNANDEZ, ROSA E < PII >; MARIN, MARIZA < PII >; MISENHELTER, JOSEPH < PII >; PRYOR, CHRISTOPHER M. < PII >; RENTERIA, PAULINA < PII >; SANDOVAL, EVAN J < PII >; SARRASIN, DAVID A < PII > SAVAGE, JEFFERY S < PII >; SDOC-LIMITED < PII >; SILVA, CARLOS < PII >; TRAN, HUNG T < PII >; ACEVEDO, PATRICIA < PII >; ARCHIBALD, AMY L < PII >; GONZALEZ, MARCO-L < PII >; LABAK, RICHARD J < PII >; LACSON, FERDINAND S < PII >; ROMERO, JUAN J < PII >; ROSARIO, JORGE E < PII >; WARD, CEDRIC T < PII >; BOWEN, BRIAN < PII >; CURTIELLAS, AARON V < PII >; DIAZ, CYNTHIA < PII >; GRANADOS, ANDREA M < PII >; HOLLAND, MONROE < PII >; JORGE, JOSSELYN < PII >; MAGANA, ARNOLD < PII >; MAYLES, MICHAEL < PII >; MCKINNEY, SELMA M < PII >; MICHEL, ESMERALDA < PII >; NGUYEN, MICHAEL < PII >; OLIVA, ABEL M < PII >; RENOLD, WILLIAM A < PII >; SEALE, APRIL L < PII >; VALENZUELA, ANA E < PII >; ALBA, CAITLIN < PII >; AVILA, EDWARD < PII >; DELGADO, JOHN < PII >; DEYO, KATRINA E < PII >; LANIER, TOMMY < PII >; LOUIS, JERRY < PII >; MANDERS, JENNIFER < PII >; MILLER, CHRIS < PII >; PAGAN, ROBERTO A < PII >; PIERCE, NICHOLAS J < PII >; SCHNEIDER, CHRISTINE L < PII >; HERNANDEZ, ARMANDO R < PII >; JACOB, TY A < PII >; JONES, JAMES A < PII >; MANDERS, MATTHEW E < PII >; MCCARTHY, NOELLE C < PII >; NORED, SEAN S < PII >; ORTEGA, HUMBERTO P < PII >; PERALLON, ADRIAN < PII > SCAVO, MARIA R < PII >

**Subject:** MEMORANDUM and MUSTER: Post T42 Port Operations

Please see the attached memorandum and muster regarding post-Title 42 port operations.

**San Diego Operations Center (SDOC)**
Office of Field Operations, San Diego
U.S. Customs and Border Protection
SDOC Hotline: ███ PII ███
████████████████████

This information is FOR OFFICIAL USE ONLY/ LAW ENFORCEMENT SENSITIVE (FOUO/LES). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.G. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO/LES information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS/CBP official.