BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
EREZ REUVENI
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:23-cv-01367-AGS-BLM |
| *Plaintiffs*, | Hon. Andrew G. Schopler |
| v. | **DEFENDANTS' NOTICE OF EXHIBITS TO *EX PARTE* APPLICATION TO STAY DEADLINE TO RESPOND TO COMPLAINT PENDING RULING ON PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION AND PRELIMINARY INJUNCTION MOTIONS** |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | |
| *Defendants* | |

In Defendants' *Ex Parte* Application to Stay the Deadline to Respond to the Complaint (ECF No. 52), Defendants cited, at page 3, two documents from *Immigrant Defenders Law Center v. Mayorkas*, No. 2:20-cv-9893, (C.D. Cal. April 15, 2021). As the electronic case docket for *Immigrant Defenders Law Center v. Mayorkas* is restricted, Defendants hereby submit those two documents, the Unopposed *Ex Parte* Application to Continue Defendants' Time to Respond to the Initial Complaint (No. 127), and the Order Continuing Time to Respond to the Initial Complaint (No. 128), as Exhibits A and B, respectively, to their *Ex Parte* Application.

Dated: September 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 21, 2023         Respectfully submitted,

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*