BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
EREZ REUVENI
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants* | Case No. 3:23-cv-01367-AGS-BLM <br><br> Hon. Andrew G. Schopler <br><br> **DEFENDANTS' REPLY IN SUPPORT OF *EX PARTE* APPLICATION TO STAY DEADLINE TO RESPOND TO COMPLAINT PENDING RULING ON PLAINTIFFS' PROVISIONAL CLASS CERTIFICATION AND PRELIMINARY INJUNCTION MOTIONS [ECF 52]** |

1  Defendants respectfully submit this reply in support of their *Ex Parte* Application to this Court (ECF 52) to reiterate that they seek an order extending their deadline to respond to the Complaint to 30 days after a ruling on Plaintiffs' motions for provisional class certification (ECF 37) and for a preliminary injunction (ECF 39) (the "Motions"). As Plaintiffs acknowledge in their Opposition, this case is not currently in discovery. Thus, it is not Defendants' burden to justify a stay of discovery in order to obtain a stay of their deadline to respond to the Complaint pending resolution of the Motions. Nor is there any request related to discovery pending before this Court. Defendants explained in their Application why they did not agree to Plaintiffs' counter-proposal, which proposed an extension of the deadline to respond to the Complaint in exchange for Defendants' agreement to fixed dates for initial disclosures and discovery planning (in advance of when such activities are contemplated by local rules and practice), as it would undermine certain of the proposed efficiencies of awaiting a ruling on the Motions before requiring a response to the Complaint. *Ex Parte* Application, at 3–4. Defendants thus respectfully request that the Court enter an order staying their deadline to respond to the Complaint until 30 days after a ruling on Plaintiffs' Motions.

| | | |
|---|---|---|
| 1 | Dated: September 25, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | BRIAN M. BOYNTON |
| | | Principal Deputy Assistant Attorney General |
| 4 | | Civil Division |
| 5 | | |
| | | WILLIAM C. PEACHEY |
| 6 | | Director |
| 7 | | |
| | | EREZ REUVENI |
| 8 | | Assistant Director |
| 9 | | |
| 10 | | *s/ Katherine J. Shinners* |
| | | KATHERINE J. SHINNERS |
| 11 | | Senior Litigation Counsel |
| 12 | | United States Department of Justice |
| | | Civil Division |
| 13 | | Office of Immigration Litigation |
| 14 | | District Court Section |
| | | P.O. Box 868, Ben Franklin Station |
| 15 | | Washington, D.C. 20044 |
| 16 | | Tel: (202) 598-8259 \| Fax: (202) 305-7000 |
| 17 | | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 25, 2023         Respectfully submitted,

*s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel

*Counsel for Defendants*