MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:   +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.,* | Case No.: 3:23-cv-01367-AGS-BLM |
| Plaintiffs, | Hon. Andrew G. Schopler |
| v. | **DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PROVISIONAL CLASS CERTIFICATION** |
| ALEJANDRO N. MAYORKAS, *et al.*, | |
| Defendants. | |

23cv01367

| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   | Michelle N. Webster (DC Bar No. 985265) |
| 2 | (*pro hac vice*) |
|   | *Mwebster@mayerbrown.com* |
| 3 | 1999 K Street, N.W. |
|   | Washington, DC 20006 |
| 4 | Telephone:  +1.202.263.3000 |
|   | Facsimile:   +1.202.263.3300 |
| 5 | Matthew E. Fenn (NY Bar No. 5391149) |
|   | (*pro hac vice*) |
| 6 | *Mfenn@mayerbrown.com* |
|   | 71 S. Wacker Dr. |
| 7 | Chicago, IL 60606 |
|   | Telephone: +1.312.782.0600 |
| 8 | |
|   | VINSON & ELKINS LLP |
| 9 | Evan Miller (DC Bar No. 219310) |
|   | (*pro hac vice*) |
| 10 | *emiller@velaw.com* |
|   | Nataly Farag (DC Bar No. 90006516) |
| 11 | (*pro hac vice*) |
|   | *nfarag@velaw.com* |
| 12 | Alex Rant (DC Bar No. 1780786) |
|   | (*pro hac vice*) |
| 13 | *arant@velaw.com* |
|   | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| 14 | (*pro hac vice*) |
|   | *rrashmawi@velaw.com* |
| 15 | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
|   | Washington, DC 20037 |
| 16 | Telephone:  +1.202.639.6500 |
|   | Facsimile:   +1.202.879.8939 |
| 17 | |
| 18 | CENTER FOR CONSTITUTIONAL RIGHTS |
|   | Baher Azmy (NY Bar No. 2860740) |
| 19 | (*pro hac vice forthcoming*) |
|   | *bazmy@ccrjustice.org* |
| 20 | Angelo Guisado (NY Bar No. 5182688) |
|   | (*pro hac vice forthcoming*) |
| 21 | *aguisado@ccrjustice.org* |
|   | 666 Broadway, 7th Floor |
| 22 | New York, NY 10012 |
|   | Telephone: +1.212.614.6464 |
| 23 | Facsimile: +1.212.614.6499 |
| 24 | AMERICAN IMMIGRATION COUNCIL |
|   | Gianna Borroto (IL Bar No. 6305516) |
| 25 | (*pro hac vice*) |
|   | *gborroto@immcouncil.org* |
| 26 | Katherine Melloy Goettel (IA Bar No. 53821) |
|   | (*pro hac vice*) |
| 27 | *kgoettel@immcouncil.org* |
|   | Suchita Mathur (NY Bar No. 5373162) |
| 28 | (*pro hac vice*) |

*smathur@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

# DECLARATION OF STEPHEN M. MEDLOCK

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Vinson & Elkins LLP and am co-lead counsel for the Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the declaration of Nicole Ramos.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the receipt for the audio recording device that Nicole Ramos ordered from Amazon on May 19, 2023.

4. Attached hereto as Exhibit 3 are true and accurate audio recordings made by Nicole Ramos of CBP officers turning back arriving noncitizens.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the declaration of Diego Doe.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 29th day of September 2023 in Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock