MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
*olev@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AL OTRO LADO, INC., *et al.,* | Case No.: 3:23-cv-01367-AGS-BLM |
|---|---|
| Plaintiffs, | Hon. Andrew G. Schopler |
| v. | **EXHIBIT 1 TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION: DECLARATION OF AARON REICHLIN-MELNICK** |
| ALEJANDRO N. MAYORKAS, *et al.,* | |
| Defendants. | |

757398842.1

| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | Michelle N. Webster (DC Bar No. 985265) |
| 2 | (*pro hac vice*) |
| | *Mwebster@mayerbrown.com* |
| 3 | 1999 K Street, N.W. |
| | Washington, DC 20006 |
| 4 | Telephone:  +1.202.263.3000 |
| | Facsimile:   +1.202.263.3300 |
| 5 | Matthew E. Fenn (NY Bar No. 5391149) |
| | (*pro hac vice*) |
| 6 | *Mfenn@mayerbrown.com* |
| | 71 S. Wacker Dr. |
| 7 | Chicago, IL 60606 |
| | Telephone: +1.312.782.0600 |
| 8 | Facsimile: +1.312.701.7711 |
| 9 | |
| 10 | VINSON & ELKINS LLP |
| | Evan Miller (DC Bar No. 219310) |
| 11 | (*pro hac vice*) |
| | *emiller@velaw.com* |
| 12 | Nataly Farag (DC Bar No. 90006516) |
| | (*pro hac vice*) |
| 13 | *nfarag@velaw.com* |
| | Alex Rant (DC Bar No. 1780786) |
| 14 | (*pro hac vice*) |
| | *arant@velaw.com* |
| 15 | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| | (*pro hac vice*) |
| 16 | *rrashmawi@velaw.com* |
| | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
| 17 | Washington, DC 20037 |
| | Telephone: +1.202.639.6500 |
| 18 | Facsimile: +1.202.879.8939 |
| 19 | CENTER FOR CONSTITUTIONAL RIGHTS |
| | Baher Azmy (NY Bar No. 2860740) |
| 20 | (*pro hac vice forthcoming*) |
| | *bazmy@ccrjustice.org* |
| 21 | Angelo Guisado (NY Bar No. 5182688) |
| | (*pro hac vice forthcoming*) |
| 22 | *aguisado@ccrjustice.org* |
| | 666 Broadway, 7th Floor |
| 23 | New York, NY 10012 |
| | Telephone: +1.212.614.6464 |
| 24 | Facsimile: +1.212.614.6499 |
| 25 | AMERICAN IMMIGRATION COUNCIL |
| | Gianna Borroto (IL Bar No. 6305516) |
| 26 | (*pro hac vice*) |
| | *gborroto@immcouncil.org* |
| 27 | Katherine Melloy Goettel (IA Bar No. 53821) |
| | (*pro hac vice*) |
| 28 | *kgoettel@immcouncil.org* |

23cv01367

1   Suchita Mathur (NY Bar No. 5373162)
    (*pro hac vice*)
2   *smathur@immcouncil.org*
    1331 G St. NW, Suite 200
3   Washington, DC 20005
    Telephone: +1.202.507.7523
4   Facsimile: +1.202.742.5619

5   CENTER FOR GENDER & REFUGEE STUDIES
    Neela Chakravartula (CA Bar No. 254746)
6   *neela@uclawsf.edu*
    UC College of the Law, San Francisco
7   200 McAllister Street
    San Francisco, CA 94102
8   Telephone: +1.415.565.4877
    Facsimile: +1.415.581.8824
9
    CENTER FOR GENDER & REFUGEE STUDIES
10  Robert Pauw (WA Bar No. 13613)
    (*pro hac vice*)
11  *rpauw@ghp-law.net*
    c/o Gibbs Houston Pauw
12  1000 Second Avenue, Suite 1600
    Seattle, WA 98104
13  Telephone: +1.206.682.1080
    Facsimile: +1.206.689.2270

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23cv01367

## DECLARATION OF AARON REICHLIN-MELNICK

I, Aaron Reichlin-Melnick, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am the Policy Director at the American Immigration Council, where I direct the Council's administrative and legislative advocacy efforts to provide lawmakers, policymakers, advocates, and the general public with accurate and timely information about the role of immigrants in the United States. I have been in this position since June 2022, supervising the work of four full-time staff members. In my role, I regularly analyze Customs and Border Protection (CBP) data to explain trends to lawmakers and the general public. I have testified about my analysis and interpretation of immigration data and trends in front of the House Homeland Security Committee three times (in 2021, 2022, and 2023), and in front of the House Judiciary Committee one time (in 2023).

3. From June 2018 to June 2022, I served as the Senior Policy Counsel at the American Immigration Council, where I worked primarily on border and immigration court issues and the intersection of immigration law and policy. I previously worked as a Staff Attorney at the Council from September 2016 to June 2018, working on impact litigation, Freedom of Information Act litigations, and practice advisories.

4. Prior to joining the Council, I was an Immigrant Justice Corps Fellow placed as a Staff Attorney at the Immigration Law Unit of The Legal Aid Society in New York City, representing immigrants placed in removal proceedings because of a prior criminal conviction.

5.     I hold a J.D. from the Georgetown University Law Center and a B.A. in Politics and East Asian Studies from Brandeis University.

6.     The Council's Research Team and I analyzed Customs and Border Protection data on southwest border encounters during the months of May, June, July, and August 2023 using CBP's "Southwest Land Border Encounters"[1] data set, which includes land border encounters from FY2019 to the present. A "land border encounter" is any incident in which a Customs and Border Protection official, either a U.S. Border Patrol agent or an Office of Field Operations (OFO) officer, encounters an individual who is either inadmissible or deportable. We used this data, along with other data publicly reported by CBP, to determine the number of land border encounters that occurred at ports of entry along the southwest border without the use of a CBP One appointment. The steps described below were undertaken by the Council's Research Team and reviewed by me.

7.     We started by reviewing the numbers from the most recent CBP "Southwest Land Border Encounters" dataset updated through August 2023, which provides data on U.S. Border Patrol apprehensions and OFO encounters with noncitizens at the southwest border.

8.     OFO's area of responsibility includes processing of undocumented noncitizens encountered at the ports of entry. Border Patrol's area of responsibility includes processing of undocumented noncitizens encountered between ports of entry.

9.     We noticed that the numbers reported in the dataset for June and July 2023 were slightly different from the ones reported in CBP's monthly press releases

---

[1] Southwest Land Border Encounters, U.S. Customs and Border Protection (Sept. 22, 2023), https://www.cbp.gov/document/stats/southwest-land-border-encounters (last visited Sept. 29, 2023).

regarding the number of individuals encountered at land ports of entry for those months.[2] I understand that when CBP updates the numbers in the dataset each month, the agency often conducts a process of data validation and corrects prior months' data to account for identified data discrepancies, which likely explains these slight differences.

10. To determine the approximate number of undocumented noncitizens processed at ports of entry without a CBP One appointment from May through August 2023, we began by using the Southwest Land Border Encounters data set to determine the number of people encountered by OFO for May (35,313), June (45,027), July (50,846), and August (51,913).

11. For each month, we then subtracted the number who were "UC [Unaccompanied Child] / Single Minors" (485 in May, 545 in June, 600 in July, and 710 in August) to remove unaccompanied immigrant children from the data set, as they are not eligible for CBP One processing, and thus not relevant to this analysis.

12. We then subtracted the number of people whom CBP listed in their monthly press releases as having presented at a southern border port of entry with a

---

[2] CBP releases May 2023 Monthly Update, U.S. Customs and Border Protection (June 20, 2023), https://www.cbp.gov/newsroom/national-media-release/cbp-releases-may-2023-monthly-operational-update (last visited Sept. 28, 2023); CBP releases June 2023 Monthly Update, U.S. Customs and Border Protection (July 18, 2023), https://www.cbp.gov/newsroom/national-media-release/cbp-releases-june-2023-monthly-update (last visited Sept. 29, 2023); CBP releases July 2023 Monthly Update, U.S. Customs and Border Protection (Aug. 18, 2023), https://www.cbp.gov/newsroom/national-media-release/cbp-releases-july-2023-monthly-update (last visited Sept. 29, 2023); CBP releases August 2023 Monthly Update, U.S. Customs and Border Protection (Sept. 22, 2023), https://www.cbp.gov/newsroom/national-media-release/cbp-releases-august-2023-monthly-update (last visited Sept. 29, 2023).

CBP One appointment.[3] This was identified by CBP as exactly 28,696 in May, "more than 38,000" in June, "more than 44,700" in July, and "more than 45,400" in August.

13. The result was that, according to public CBP data, OFO officers encountered at most 6,132 individuals without a CBP One appointment at ports of entry in May, at most 6,482 individuals without a CBP One appointment at ports of entry in June, at most 5,546 individuals without a CBP One appointment at ports of entry in July, and at most 5,803 individuals without a CBP One appointment at ports of entry in August.

14. The calculations described in paragraphs 10-13 are represented in the chart below:

| Month | OFO Encounters | U/C Single Minors | CBP One Appointments | Encounters without CBP One Appointment |
|---|---|---|---|---|
| May 2023 | 35,313 | 485 | 28,696 | 6,132 |
| June 2023 | 45,027 | 545 | >38,000 | <6,482 |
| July 2023 | 50,846 | 600 | >44,700 | <5,546 |
| Aug 2023 | 51,913 | 710 | >45,400 | <5,803 |
| **TOTAL** | | | | <23,963 |

15. As indicated in the above chart, when the numbers for OFO encounters

---

[3] *See* footnote 2.

from May through August 2023 for individuals without CBP One appointments are added together, the total is approximately 24,000 individuals.

16. Importantly, not every one of these individuals were asylum seekers, as this figure includes several thousand individuals each month arriving at a southern border port of entry with travel documents who seek admission but are deemed inadmissible for one reason or another. For example, even in October 2020, despite the fact that the border was entirely closed to asylum seekers and lawful trade and travel was still heavily restricted due to the COVID-19 pandemic, OFO reported nearly 3,000 encounters at southwest border ports of entry, of which nearly 2,650 were Mexican nationals who were likely seeking lawful entry (not asylum) and were deemed inadmissible for one reason or another.

17. As a result, while the publicly available CBP data suggests that approximately 24,000 people were encountered at southern border ports of entry from May to August 2023 without prescheduling an appointment through the CBP One app, when accounting for encounters with individuals seeking lawful entry who are deemed inadmissible, the actual number of those encounters involving asylum-seeking undocumented noncitizens is likely considerably lower than 24,000.

18. I understand that the government estimated in the above-captioned case that from May 12, 2023 to August 23, 2023, OFO processed approximately 47,000 noncitizens who "did not pre-schedule their arrival" or did not have CBP One appointments. As the analysis above indicates, the publicly available CBP data discussed does not support this number, which is at least 23,000 encounters higher than the public data suggests for the lengthier period from May 1 through August 31, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of September, 2023, at Washington, DC.


_/s/ Aaron Reichlin-Melnick_     __9/29/2023_____

Aaron Reichlin-Melnick                                  Date