MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, | Case No.: 3:23-cv-01367-AGS-BLM |
| Plaintiffs, | Hon. Andrew G. Schopler |
| v. | **NOTICE OF LODGING** |
| ALEJANDRO N. MAYORKAS, *et al.*, | |
| Defendants. | |

23cv1367

| | |
|---|---|
| 1 | MAYER BROWN LLP |
|  | Michelle N. Webster (DC Bar No. 985265) |
| 2 | (*pro hac vice*) |
|  | Mwebster@mayerbrown.com |
| 3 | 1999 K Street, N.W. |
|  | Washington, DC 20006 |
| 4 | Telephone:  +1.202.263.3000 |
|  | Facsimile:   +1.202.263.3300 |
| 5 | Matthew E. Fenn (NY Bar No. 5391149) |
|  | (*pro hac vice*) |
| 6 | Mfenn@mayerbrown.com |
|  | 71 S. Wacker Dr. |
| 7 | Chicago, IL 60606 |
|  | Telephone: +1.312.782.0600 |
| 8 |  |
|  | VINSON & ELKINS LLP |
| 9 | Evan Miller (DC Bar No. 219310) |
|  | (*pro hac vice*) |
| 10 | emiller@velaw.com |
|  | Nataly Farag (DC Bar No. 90006516) |
| 11 | (*pro hac vice*) |
|  | nfarag@velaw.com |
| 12 | Alex Rant (DC Bar No. 1780786) |
|  | (*pro hac vice*) |
| 13 | arant@velaw.com |
|  | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| 14 | (*pro hac vice*) |
|  | rrashmawi@velaw.com |
| 15 | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
|  | Washington, DC 20037 |
| 16 | Telephone:  +1.202.639.6500 |
|  | Facsimile:   +1.202.879.8939 |
| 17 |  |
| 18 | CENTER FOR CONSTITUTIONAL RIGHTS |
|  | Baher Azmy (NY Bar No. 2860740) |
| 19 | (*pro hac vice forthcoming*) |
|  | bazmy@ccrjustice.org |
| 20 | Angelo Guisado (NY Bar No. 5182688) |
|  | (*pro hac vice forthcoming*) |
| 21 | aguisado@ccrjustice.org |
|  | 666 Broadway, 7th Floor |
| 22 | New York, NY 10012 |
|  | Telephone: +1.212.614.6464 |
| 23 | Facsimile: +1.212.614.6499 |
| 24 | AMERICAN IMMIGRATION COUNCIL |
|  | Gianna Borroto (IL Bar No. 6305516) |
| 25 | (*pro hac vice*) |
|  | gborroto@immcouncil.org |
| 26 | Katherine Melloy Goettel (IA Bar No. 53821) |
|  | (*pro hac vice*) |
| 27 | kgoettel@immcouncil.org |
|  | Suchita Mathur (NY Bar No. 5373162) |
| 28 | (*pro hac vice*) |

*smathur@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA  94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Plaintiffs shall hereby lodge with the Court on |
| 2 | October 5, 2023, one flash drive containing the six audio files referenced in Exhibit |
| 3 | 1 to the Declaration of Stephen M. Medlock in Support of Plaintiffs' Reply In |
| 4 | Support of Their Motion for Provisional Class Certification (Dkt. No. 59-2). A copy |
| 5 | of this Notice and the subject audio files have also been served on the Defendants |
| 6 | and their counsel of record. |

Dated: October 4, 2023

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Michelle N. Webster
    Matthew E. Fenn

VINSON & ELKINS LLP
    Stephen M. Medlock
    Evan Miller
    Nataly Farag
    Alex Rant
    Rami Abdallah E. Rashmawi

CENTER FOR GENDER AND REFUGEE STUDIES
    Melissa Crow
    Neela Chakravartula
    Robert Pauw

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy*
    Angelo Guisado*

AMERICAN IMMIGRATION COUNCIL
    Katherine Melloy Goettel
    Gianna Borroto
    Suchita Mathur

By: */s/ Ori Lev*_____
    Ori Lev

*Attorneys for Plaintiffs*

* Pro Hac Vice motion forthcoming.