MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Ori Lev (DC Bar No. 452565)
(*pro hac vice*)
olev@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, *et al.*, <br><br> Defendants. | Case No.: 3:23-cv-01367-AGS-BLM <br><br> **PRELIMINARY INJUNCTION APPEAL** |

```
 1   MAYER BROWN LLP
     Michelle N. Webster (DC Bar No. 985265)
 2   (pro hac vice)
     Mwebster@mayerbrown.com
 3   1999 K Street, N.W.
     Washington, DC 20006
 4   Telephone:   +1.202.263.3000
     Facsimile:   +1.202.263.3300
 5   Matthew E. Fenn (NY Bar No. 5391149)
     (pro hac vice)
 6   Mfenn@mayerbrown.com
     71 S. Wacker Dr.
 7   Chicago, IL 60606
     Telephone: +1.312.782.0600
 8
     VINSON & ELKINS LLP
 9   Evan Miller (DC Bar No. 219310)
     (pro hac vice)
10   emiller@velaw.com
     Nataly Farag (DC Bar No. 90006516)
11   (pro hac vice)
     nfarag@velaw.com
12   Alex Rant (DC Bar No. 1780786)
     (pro hac vice)
13   arant@velaw.com
     Rami Abdallah E. Rashmawi (DC Bar No. 1780184)
14   (pro hac vice)
     rrashmawi@velaw.com
15   2200 Pennsylvania Ave., N.W., Ste. 500 W
     Washington, DC 20037
16   Telephone:   +1.202.639.6500
     Facsimile:   +1.202.879.8939
17
18   CENTER FOR CONSTITUTIONAL RIGHTS
     Baher Azmy (NY Bar No. 2860740)
19   (pro hac vice forthcoming)
     bazmy@ccrjustice.org
20   Angelo Guisado (NY Bar No. 5182688)
     (pro hac vice forthcoming)
21   aguisado@ccrjustice.org
     666 Broadway, 7th Floor
22   New York, NY 10012
     Telephone: +1.212.614.6464
23   Facsimile: +1.212.614.6499

24   AMERICAN IMMIGRATION COUNCIL
     Gianna Borroto (IL Bar No. 6305516)
25   (pro hac vice)
     gborroto@immcouncil.org
26   Katherine Melloy Goettel (IA Bar No. 53821)
     (pro hac vice)
27   kgoettel@immcouncil.org
     Suchita Mathur (NY Bar No. 5373162)
28   (pro hac vice)
```

*smathur@immcouncil.org*
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7523
Facsimile: +1.202.742.5619

CENTER FOR GENDER & REFUGEE STUDIES
Neela Chakravartula (CA Bar No. 254746)
*neela@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

| | |
|---|---|
| 1 | Notice is hereby given that Plaintiffs above named hereby appeal to the United |
| 2 | States Court of Appeals for the Ninth Circuit the Order Denying Plaintiffs' Motion |
| 3 | for Preliminary Injunction and Motion for Provisional Class Certification entered in |
| 4 | this proceeding the 13th day of October, 2023. |
| 5 | |
| 6 | Transcript required:   ☒ Yes |
| 7 | Date civil complaint filed:  July 28, 2023 |

Date: November 7, 2023

MAYER BROWN LLP
    Matthew H. Marmolejo
    Ori Lev
    Michelle N. Webster
    Matthew E. Fenn

VINSON & ELKINS LLP
    Stephen M. Medlock
    Evan Miller
    Nataly Farag
    Alex Rant
    Rami Abdallah E. Rashmawi

CENTER FOR GENDER AND REFUGEE STUDIES
    Melissa Crow
    Neela Chakravartula
    Robert Pauw

CENTER FOR CONSTITUTIONAL RIGHTS
    Baher Azmy*
    Angelo Guisado*

AMERICAN IMMIGRATION COUNCIL
    Katherine Melloy Goettel
    Gianna Borroto
    Suchita Mathur

By: */s/ Stephen M. Medlock*
    Stephen M. Medlock

*Attorneys for Plaintiffs*

\* Pro Hac Vice motion forthcoming.

# **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: November 7, 2023                    Respectfully submitted,

                                                                       */s/ Stephen M. Medlock*
                                                                       Stephen M. Medlock

                                                                       *Attorney for Plaintiffs*

3

23cv01367