BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section
EREZ REUVENI
Counsel
SAMUEL P. GO
Assistant Director
KATHERINE J. SHINNERS (DC 978141)
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
JASON WISECUP
Trial Attorney

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:23-cv-01367-AGS-BLM |
| *Plaintiffs*, | Hon. Andrew G. Schopler |
| v. | **NOTICE OF PRESIDENTIAL PROCLAMATION** |
| ALEJANDRO N. MAYORKAS, Secretary of Homeland Security, *et al.*, in their official capacities, | |
| *Defendants*. | |

Defendants hereby respectfully notify the Court and Plaintiffs of the Presidential Proclamation of June 3, 2024 ("Proclamation," Exhibit A hereto), and related administrative actions that are relevant to Plaintiffs' claims in this matter concerning operations at land ports of entry along the U.S.-Mexico border. *See, e.g.*, Compl. (ECF No. 1) ¶¶ 51–52, 86–90, 158–166.

The Proclamation suspends and limits entry of certain noncitizens across the southern border during periods of high levels of encounters as defined in that Proclamation. *See* Exhibit A. On June 3, 2024, the Secretary of Homeland Security issued a memorandum directing U.S. Customs and Border Protection (CBP) and other components to take all appropriate actions to implement the Proclamation's suspension and limitation on entry. *See* Exhibit B. On June 4, 2024, the CBP Senior Official Performing the Duties of the Commissioner issued a memorandum providing that, in accordance with the President's authority to suspend entry under 8 U.S.C. § 1182(f) and to prescribe rules, regulations, and orders, and subject to limitations and exceptions the entry of noncitizens into the United States under 8 U.S.C. § 1185(a), the Proclamation will be implemented at ports of entry by preventing the entry of noncitizens described in the Proclamation at the international boundary line. *See* Exhibit C. The Commissioner's memorandum provides that, during the time period in which the measures described in the Proclamation are in effect, guidance implementing the Proclamation at ports of entry along the U.S.-Mexico border supersede the provisions in the November 1, 2021 memorandum, *Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry* and the May 11, 2023 memorandum and muster, *Post-Title 42 Port Operations*. *See id.*

NOTICE OF PRESIDENTIAL
PROCLAMATION
Case No. 3:23-cv-01367-AGS-BLM

DATED: June 5, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Counsel

SAMUEL P. GO
Assistant Director

*/s/ Katherine J. Shinners*
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8259 | Fax: (202) 305-7000
Email: katherine.j.shinners@usdoj.gov

JASON WISECUP
Trial Attorney

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: June 5, 2024                    Respectfully submitted,

<u>/s/ Katherine J. Shinners</u>
KATHERINE J. SHINNERS
Senior Litigation Counsel
United States Department of Justice