MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
mmarmolejo@mayerbrown.com
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
Mwebster@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone:   +1.202.263.3000
Facsimile:    +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
smedlock@velaw.com
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:   +1.202.639.6500
Facsimile:    +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL OTRO LADO, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>Defendants. | Case No.: 3:23-cv-01367-AGS-BLM<br><br>Hon. Andrew G. Schopler<br><br>**DECLARATION OF STEPHEN M. MEDLOCK IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING PRESIDENTIAL PROCLAMATION** |

23cv01367

| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | Matthew E. Fenn (NY Bar No. 5391149) |
| 2 | (*pro hac vice*) |
| | *Mfenn@mayerbrown.com* |
| 3 | 71 S. Wacker Dr. |
| | Chicago, IL 60606 |
| 4 | Telephone: +1.312.782.0600 |
| | Facsimile: +1.312.706.8139 |
| 5 | |
| | VINSON & ELKINS LLP |
| 6 | Evan Miller (DC Bar No. 219310) |
| | (*pro hac vice*) |
| 7 | *emiller@velaw.com* |
| | Nataly Farag (DC Bar No. 90006516) |
| 8 | (*pro hac vice*) |
| | *nfarag@velaw.com* |
| 9 | Alex Rant (DC Bar No. 1780786) |
| | (*pro hac vice*) |
| 10 | *arant@velaw.com* |
| | Rami Abdallah E. Rashmawi (DC Bar No. 1780184) |
| 11 | (*pro hac vice*) |
| | *rrashmawi@velaw.com* |
| 12 | 2200 Pennsylvania Ave., N.W., Ste. 500 W |
| | Washington, DC 20037 |
| 13 | Telephone:  +1.202.639.6500 |
| | Facsimile:   +1.202.879.8939 |
| 14 | |
| 15 | CENTER FOR CONSTITUTIONAL RIGHTS |
| | Baher Azmy (NY Bar No. 2860740) |
| 16 | (*pro hac vice forthcoming*) |
| | *bazmy@ccrjustice.org* |
| 17 | Angelo Guisado (NY Bar No. 5182688) |
| | (*pro hac vice forthcoming*) |
| 18 | *aguisado@ccrjustice.org* |
| | 666 Broadway, 7th Floor |
| 19 | New York, NY 10012 |
| | Telephone: +1.212.614.6464 |
| 20 | Facsimile: +1.212.614.6499 |
| | |
| 21 | AMERICAN IMMIGRATION COUNCIL |
| | Gianna Borroto (IL Bar No. 6305516) |
| 22 | (*pro hac vice*) |
| | *gborroto@immcouncil.org* |
| 23 | Suchita Mathur (NY Bar No. 5373162) |
| | (*pro hac vice*) |
| 24 | *smathur@immcouncil.org* |
| | 1331 G St. NW, Suite 200 |
| 25 | Washington, DC 20005 |
| | Telephone: +1.202.507.7523 |
| 26 | Facsimile: +1.202.742.5619 |
| | |
| 27 | CENTER FOR GENDER & REFUGEE STUDIES |
| | Neela Chakravartula (CA Bar No. 254746) |
| 28 | *neela@uclawsf.edu* |

23cv01367

Dulce Rodas (CA Bar No. 352188)
*rodasdulce@uclawsf.edu*
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile:  +1.415.581.8824

CENTER FOR GENDER & REFUGEE STUDIES
Robert Pauw (WA Bar No. 13613)
(*pro hac vice*)
*rpauw@ghp-law.net*
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: +1.206.682.1080
Facsimile:  +1.206.689.2270

**DECLARATION OF STEPHEN M. MEDLOCK**

I, Stephen M. Medlock, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm Vinson & Elkins LLP and am co-lead counsel for the Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of email communications between myself and Katherine J. Shinners, counsel for Defendants.

I declare under penalty of perjury under the laws of the United States of America that the preceding declaration is true and correct.

Executed on this 20th day of June 2024 in Washington, D.C.

*/s/ Stephen M. Medlock*
Stephen M. Medlock