# Exhibit 1

## Nutter, Ethan

| | |
|---|---|
| **From:** | Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov> |
| **Sent:** | Tuesday, June 18, 2024 6:10 PM |
| **To:** | Medlock, Stephen; Halaska, Alexander J. (CIV); Wisecup, Jason (CIV); Iqbal, Aysha T. (CIV) |
| **Cc:** | Mathur, Suchi (American Immigration Council); Crow, Melissa (CGRS new email); Levy, Kfir (Mayer Brown); Borroto, Gianna (American Immigration Council); Michelle Webster (Mayer Brown); Fenn, Matthew (Mayer Brown); Marmolejo, Matthew H.; Miller, Evan; Rashmawi, Rami; Farag, Nataly; Rant, Alex; Nutter, Ethan; Azmy Baher (Center for Constitutional Rights); Goettel, Kate Melloy (American Immigration Council); Chakravartula, Neela (CGRS new email); Pauw, Bob (Gibbs Houston Pauw); Guisado, Angelo (Center for Constitutional Rights) |
| **Subject:** | RE: Al Otro Lado v. Mayorkas (S.D. Cal.) - Presidential Proclamation and IFR |

[EXTERNAL]

Steve,

Plaintiffs' Complaint alleges that OFO is "turning back" noncitizens who do not have CBP One appointments from Class A Ports of Entry at the limit line, asserting that OFO cannot do so and is required to inspect and process noncitizens who are not yet in the United States. Compl. ¶¶ 1, 5. Each claim is based on this same alleged practice, including Plaintiffs' claim seeking to enforce the November 2021 Guidance. *See* Compl. ¶¶ 158-166.

Thus, in the interest of providing Plaintiffs with information concerning OFO practices at the international boundary line at Ports of Entry, the Notice informs Plaintiffs and the Court of the CBP memo (Exhibit C), which states that the Presidential Proclamation of June 3, 2024 will be "implemented at ports of entry by preventing the entry of noncitizens described in the Proclamation at the international boundary line," and that new OFO guidance supersedes the November 2021 Guidance while the measures described in the Proclamation are in effect. The Proclamation describes who is covered by the Proclamation. Procl. § 3 (Exhibit A). Defendants believe that their Notice thus provided sufficient information to explain the relevance of the Executive action to the alleged OFO practices alleged in Plaintiffs' Complaint.

It remains unclear to Defendants what additional information Plaintiffs need from the OFO guidance that relates to Plaintiffs' claims (let alone from the non-OFO guidance that Plaintiffs appeared to request), and the email below does not help clarify Plaintiffs' questions or explain why additional information beyond what has been provided is necessary or relevant to Plaintiffs' claims. Perhaps Plaintiffs' forthcoming brief would provide more specific reasons than what is provided in the emails. Additionally, the OFO guidance contains law-enforcement sensitive information.

However, Defendants confirm that, consistent with the information provided in the Notice and its attachments as relevant to operations at the international boundary line at Ports of Entry, the OFO Guidance provides that "unless a traveler is excepted from the Proclamation, the traveler shall not be permitted to cross the international boundary." As described in the Proclamation and the OFO Guidance, those excepted from the Proclamation are: U.S. Citizens, Lawful Permanent Residents, Unaccompanied Children, noncitizens determined to be a victim of a severe form of trafficking in persons, noncitizens with valid entry documents or authorizations, noncitizens arriving consistent with scheduled CBP One appointments, and noncitizens permitted to enter based on CBP officer discretion regarding the totality of circumstances, including consideration of significant law enforcement, public and officer safety, public health, or urgent humanitarian interests, or operational considerations.

Regards,

Katie

**Katherine Shinners**
**Senior Litigation Counsel**
United States Department of Justice
Office of Immigration Litigation – District Court Section
Post Office Box 868 | Ben Franklin Station | Washington, DC  20044
☎ 202-598-8259 | 🖨 202-305-7000 | ✉ katherine.j.shinners@usdoj.gov



**From:** Medlock, Stephen <SMedlock@velaw.com>
**Sent:** Tuesday, June 18, 2024 9:38 AM
**To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Iqbal, Aysha T. (CIV) <Aysha.T.Iqbal@usdoj.gov>
**Cc:** Mathur, Suchi (American Immigration Council) <smathur@immcouncil.org>; Crow, Melissa (CGRS new email) <crowmelissa@uclawsf.edu>; Levy, Kfir (Mayer Brown) <KLevy@mayerbrown.com>; Borroto, Gianna (American Immigration Council) <gborroto@immcouncil.org>; Michelle Webster (Mayer Brown) <mwebster@mayerbrown.com>; Fenn, Matthew (Mayer Brown) <mfenn@mayerbrown.com>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Miller, Evan <emiller@velaw.com>; Rashmawi, Rami <rrashmawi@velaw.com>; Farag, Nataly <nfarag@velaw.com>; Rant, Alex <arant@velaw.com>; Nutter, Ethan <enutter@velaw.com>; Azmy Baher (Center for Constitutional Rights) <bazmy@ccrjustice.org>; Goettel, Kate Melloy (American Immigration Council) <kgoettel@immcouncil.org>; Chakravartula, Neela (CGRS new email) <neela@uclawsf.edu>; Pauw, Bob (Gibbs Houston Pauw) <rpauw@ghp-law.net>; Guisado, Angelo (Center for Constitutional Rights) <aguisado@ccrjustice.org>
**Subject:** [EXTERNAL] RE: Al Otro Lado v. Mayorkas (S.D. Cal.) - Presidential Proclamation and IFR

Katie:

As noted in my first email, we need this information so that we can tell whether the Presidential Proclamation and interim final rule change any aspect of inspecting or processing arriving noncitizens and, if so, how.  As you know, we sued the Acting Executive Assistant Commissioner of OFO in her official capacity and we need to have this information to understand the practical effects of the policy changes that have occurred at Class A Ports of Entry because of the executive action that you brought to the court's attention.  It does not make sense for Defendants to inform the Court about the executive actions without disclosing OFO's policy changes. Of course, if you refuse to provide the policies referenced in your own court filings, we can simply raise that issue with the court in our filing due on Thursday.

Regards,

Steve Medlock

**Stephen Medlock**
**Partner**

**Vinson&Elkins**

E   SMedlock@velaw.com
W  +1.202.639.6578
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037

Vcard | Bio | velaw.com

**From:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>
**Sent:** Wednesday, June 12, 2024 7:20 AM
**To:** Medlock, Stephen <SMedlock@velaw.com>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Iqbal, Aysha T. (CIV) <Aysha.T.Iqbal@usdoj.gov>
**Cc:** Mathur, Suchi (American Immigration Council) <smathur@immcouncil.org>; Crow, Melissa (CGRS new email) <crowmelissa@uclawsf.edu>; Levy, Kfir (Mayer Brown) <KLevy@mayerbrown.com>; Borroto, Gianna (American Immigration Council) <gborroto@immcouncil.org>; Michelle Webster (Mayer Brown) <mwebster@mayerbrown.com>; Fenn, Matthew (Mayer Brown) <mfenn@mayerbrown.com>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Miller, Evan <emiller@velaw.com>; Rashmawi, Rami <rrashmawi@velaw.com>; Farag, Nataly <nfarag@velaw.com>; Rant, Alex <arant@velaw.com>; Nutter, Ethan <enutter@velaw.com>; Azmy Baher (Center for Constitutional Rights) <bazmy@ccrjustice.org>; Goettel, Kate Melloy (American Immigration Council) <kgoettel@immcouncil.org>; Chakravartula, Neela (CGRS new email) <neela@uclawsf.edu>; Pauw, Bob (Gibbs Houston Pauw) <rpauw@ghp-law.net>; Guisado, Angelo (Center for Constitutional Rights) <aguisado@ccrjustice.org>
**Subject:** RE: Al Otro Lado v. Mayorkas (S.D. Cal.) - Presidential Proclamation and IFR

[EXTERNAL]

Steve,

Thanks for your email. The purpose of the notice was to inform Plaintiffs and the Court of the Presidential Proclamation's implementation at ports of entry, namely, that the Proclamation "will be implemented at ports of entry by preventing the entry of noncitizens described in the Proclamation at the international boundary line," and that, during periods in which the measures described in the Proclamation are in effect, provisions of the operational guidance implementing the Proclamation at ports of entry (that is, "the provisions of the memo and muster *Implementation of Presidential Proclamation and Interim Final Rule, Securing the Border*") supersede the provisions in the November 1, 2021 memorandum, *Guidance for Management and Processing of Undocumented Noncitizens at Southwest Border Land Ports of Entry*, which is cited in Plaintiffs' complaint. *See* Notice & Exhibit C. Defendants made no argument in the notice.

For what reason do Plaintiffs require additional documents beyond the documents attached to the Notice? That is, what questions do Plaintiffs believe the documents would answer as relevant to Judge Schopler's order permitting (but not requiring) supplemental briefs?

Regards,

Katie


**Katherine Shinners**
**Senior Litigation Counsel**
United States Department of Justice
Office of Immigration Litigation – District Court Section
Post Office Box 868 | Ben Franklin Station | Washington, DC  20044
☎ 202-598-8259 | 🖨 202-305-7000 | ✉ katherine.j.shinners@usdoj.gov



**From:** Medlock, Stephen <SMedlock@velaw.com>
**Sent:** Monday, June 10, 2024 11:52 PM
**To:** Shinners, Katherine J. (CIV) <Katherine.J.Shinners@usdoj.gov>; Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Iqbal, Aysha T. (CIV) <Aysha.T.Iqbal@usdoj.gov>
**Cc:** Mathur, Suchi (American Immigration Council) <smathur@immcouncil.org>; Crow, Melissa (CGRS new email) <crowmelissa@uclawsf.edu>; Levy, Kfir (Mayer Brown) <KLevy@mayerbrown.com>; Borroto, Gianna (American Immigration Council) <gborroto@immcouncil.org>; Michelle Webster (Mayer Brown) <mwebster@mayerbrown.com>; Fenn, Matthew (Mayer Brown) <mfenn@mayerbrown.com>; Marmolejo, Matthew H. <MMarmolejo@mayerbrown.com>; Miller, Evan <emiller@velaw.com>; Rashmawi, Rami <rrashmawi@velaw.com>; Farag, Nataly <nfarag@velaw.com>; Rant, Alex <arant@velaw.com>; Nutter, Ethan <enutter@velaw.com>; Azmy Baher (Center for Constitutional Rights) <bazmy@ccrjustice.org>; Goettel, Kate Melloy (American Immigration Council) <kgoettel@immcouncil.org>; Chakravartula, Neela (CGRS new email) <neela@uclawsf.edu>; Pauw, Bob (Gibbs Houston Pauw) <rpauw@ghp-law.net>; Guisado, Angelo (Center for Constitutional Rights) <aguisado@ccrjustice.org>
**Subject:** [EXTERNAL] Al Otro Lado v. Mayorkas (S.D. Cal.) - Presidential Proclamation and IFR

Katie:

I'm writing in connection with Judge Schopler's order requiring the parties to provide supplemental briefing concerning the recent executive actions that the government contends are relevant to the causes of action in *Al Otro Lado v. Mayorkas*, No. 3:23-cv-01367 (S.D. Cal.). *See* Dkt. 79. Defendants' notice referred to memoranda and musters that were not provided to Judge Schopler or Plaintiffs' counsel. Those memoranda are:

(1) Implementation of Presidential Proclamation and Interim Final Rule, Securing the Border
(2) Processing Guidelines for Noncitizens Described in Presidential Proclamation, Securing the Border and Interim Final Rule, Securing the Border
(3) any other memoranda or guidance implementing the Presidential Proclamation or otherwise affecting the Southern Border since the issuance of the Proclamation or IFR

Plaintiffs cannot assess the validity of your assertion that these executive actions "are relevant" to certain paragraphs in Plaintiffs' complaint without all of the information referenced in your filings. Please produce those materials to us by June 14, 2024, so that we can assess the validity of the government's argument.

Regards,

Steve Medlock

**Stephen Medlock**
**Partner**

Vinson&Elkins

E   SMedlock@velaw.com
W  +1.202.639.6578
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
**Vcard** | **Bio** | **velaw.com**

---

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying

of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.