MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
M*webster@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.3300

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:   +1.202.639.6500
Facsimile:   +1.202.879.8939

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
*crowmelissa@uclawsf.edu*
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile:  +1.415.581.8824

*Additional Attorneys for Plaintiffs Listed
on signature block*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(San Diego)**

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, | Case No. 3:23-cv-01367-AGS-BLM |
| *Plaintiffs*, | Hon. Andrew G. Schopler |
| v. | |
| ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, | **UNOPPOSED *EX PARTE* APPLI-CATION TO STAY** |
| *Defendants* | |

1    Pursuant to Local Civil Rule 7.1(e), Plaintiffs move this Court for an order

2    staying this case and requiring the parties to submit a status report by February 20,

3    2025, and every 60 days thereafter. Plaintiffs have conferred with Defendants, who

4    do not oppose this relief. *See* attached Declaration of Stephen M. Medlock in Sup-

5    port of Plaintiffs' Unopposed *Ex Parte* Application to Stay ("Medlock Declaration")

6    Plaintiffs move this Court to stay this case in the interest of judicial economy

7    and to preserve the resources of the parties and this Court. This Court has "broad

8    discretion to stay proceedings as an incident to its power to control its own

9    docket." *Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636, 1650, 137 L. Ed. 2d

10    945 (1997).

11    The legal landscape has changed significantly since Plaintiffs first brought

12    this action, and Plaintiffs anticipate further developments may impact this suit.

13    Plaintiffs originally brought this action on July 28, 2023, as a challenge to Defend-

14    ants' CBP One Turnback policy under guidance issued largely in November 2021

15    and an interim final rule issued in May 2023. ECF No. 1 ¶¶ 5, 51-56. Since that

16    time, some of Defendants' policies have changed, and the November 2021 guid-

17    ance and relevant parts of the May 2023 interim final rule have been temporarily

18    superseded by subsequent guidance. *See, e.g.,* ECF 78 (describing the June 3, 2024

19    Presidential Proclamation and related guidance).  Significantly, Plaintiffs anticipate

20    that the current Presidential transition may mean that significant changes will be

21    made to the policies at issue in this case—including the use of CBP One. Plaintiffs

22    do not know whether or how those changes will affect this litigation. The best use

23    of judicial resources is to determine what, if any, changes the incoming Presiden-

24    tial administration will make to the policies at issue in this litigation before moving

25    forward with discovery, class certification, and summary judgment. Accordingly,

26    rather than litigate claims that may be substantially altered or mooted in the near

27    future, a stay will allow the parties and the Court to conserve resources and await

28    further developments.

Unopposed *Ex Parte* Application to Stay
Case No. 3:23-cv-01367-AGS-BLM

Defendants agree to the requested stay. As a result of the parties' conferral on November 18, 2024, and subsequent email correspondence, the parties agreed to the following extensions, subject to the Court's approval:

- All current deadlines and events are suspended and stayed, including, but not limited to:
    - Opposition and reply memoranda to Defendants' Motion to Reconsider Aspects of Order on Defendants' Motion to Dismiss (ECF. No. 99)
    - Deadline for parties to confer under Federal Rule of Civil Procedure 26(f) on November 26, 2024 (ECF No. 98)
    - Joint Discovery Plan due December 6, 2024 (ECF No. 98)
    - Initial Disclosures to be exchanged December 10, 2024 (ECF No. 98)
    - Case Management Conference set for December 17, 2024 (ECF No. 98)
- The case is stayed and held in abeyance pending further order of the Court.
- The parties shall file a joint status report by February 20, 2025, and every 60 days thereafter.

Plaintiffs thus respectfully request that the Court enter an order suspending or continuing these deadlines and events, hold the case in abeyance pending further orders, and require the Parties to file a joint status report by February 20, 2025 and every 60 days thereafter.

Dated: November 22, 2024                          Respectfully submitted,

By: /s/ *Stephen M. Medlock*
Stephen M. Medlock

MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No.

242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500

Michelle N. Webster (DC Bar No. 985265)
(*pro hac vice*)
M*webster@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006
Telephone:   +1.202.263.3000
Facsimile:    +1.202.263.3300

Matthew E. Fenn (NY Bar No. 5391149)
(*pro hac vice*)
M*fenn@mayerbrown.com*
71 S. Wacker Dr.
Chicago, IL 60606
Telephone: +1.312.782.0600
Facsimile: +1.312.706.8139

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
Evan Miller (DC Bar No. 219310)
(*pro hac vice*)
*emiller@velaw.com*
Nataly Farag (DC Bar No. 90006516)
(*pro hac vice*)
*nfarag@velaw.com*
Alex Rant (DC Bar No. 1780786)
(*pro hac vice*)
*arant@velaw.com*
Rami Abdallah E. Rashmawi (DC Bar No. 1780184)
(*pro hac vice*)
*rrashmawi@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:   +1.202.639.6500
Facsimile:    +1.202.879.8939

Ethan Nutter (Texas Bar No. 24104988)
(*pro hac vice*)
*enutter@velaw.com*
200 W. 6th Street, Suite 2500
Austin, TX 78701
Telephone:  +1.512.542.8555
Facsimile:   +1.512.542.8612

CENTER FOR GENDER AND REFUGEE STUDIES

4

1    Melissa Crow (DC Bar No. 453487)
2    (*pro hac vice*)
     crowmelissa@uclawsf.edu
3    1121 14th Street, N.W., Suite 200
     Washington, DC 20005
4    Telephone: +1.202.355.4471
     Facsimile:  +1.415.581.8824

5    Neela Chakravartula (CA Bar No. 254746)
     neela@uclawsf.edu
6    Dulce Rodas (CA Bar No. 352188)
     rodasdulce@uclawsf.edu
7    UC College of the Law, San Francisco
     200 McAllister Street
8    San Francisco, CA 94102
     Telephone: +1.415.565.4877
9    Facsimile:  +1.415.581.8824

10   Robert Pauw (WA Bar No. 13613)
     CGRS Cooperating Attorney
11   (*pro hac vice*)
     rpauw@ghp-law.net
12   c/o Gibbs Houston Pauw
     1000 Second Avenue, Suite 1600
13   Seattle, WA 98104
     Telephone: +1.206.682.1080
14   Facsimile:  +1.206.689.2270

15

16   CENTER FOR CONSTITUTIONAL
     RIGHTS
17   Baher Azmy (NY Bar No. 2860740)
     (*pro hac vice forthcoming*)
18   bazmy@ccrjustice.org
     Angelo Guisado (NY Bar No. 5182688)
19   (*pro hac vice forthcoming*)
     aguisado@ccrjustice.org
20   666 Broadway, 7th Floor
     New York, NY 10012
21   Telephone: +1.212.614.6464
     Facsimile: +1.212.614.6499
22

23   AMERICAN IMMIGRATION COUNCIL
     Suchita Mathur (NY Bar No. 5373162)
24   (*pro hac vice*)
     smathur@immcouncil.org
25   Michelle Lapointe (GA Bar No. 007080)
     (*pro hac vice*)
26   mlapointe@immcouncil.org
     1331 G St. NW, Suite 200
27   Washington, DC 20005
     Telephone: +1.202.507.7537
28   Facsimile: +1.202.742.5619

Unopposed *Ex Parte* Application to Stay
Case No. 3:23-cv-01367-AGS-BLM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Plaintiffs*

Unopposed *Ex Parte* Application to Stay
Case No. 3:23-cv-01367-AGS-BLM

1

## __CERTIFICATE OF SERVICE__

2      I certify that I served a copy of this document on the Court and all parties by

3    filing this document with the Clerk of the Court through the CM/ECF system, which

4    will provide electronic notice and an electronic link to this document to all counsel

5    of record.

6

7    DATED: November 22, 2024        Respectfully submitted,

8

9                                   *s/ Stephen M. Medlock*
                                    Stephen M. Medlock

10

11                                  *Attorney for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Unopposed *Ex Parte* Application to Stay
Case No. 3:23-cv-01367-AGS-BLM