MAYER BROWN LLP
Matthew H. Marmolejo (CA Bar No. 242964)
*mmarmolejo@mayerbrown.com*
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071-1503
Telephone: +1.213.229.9500
Matthew Ellis Fenn (NY Bar No. 5391149)
(*pro hac vice*)
*mfenn@mayerbrown.com*
71 S. Wacker Dr.
Chicago, IL 60606
Telephone:  +1.312.782.0600
Facsimile:   +1.312.706.8139

VINSON & ELKINS LLP
Stephen M. Medlock (VA Bar No. 78819)
(*pro hac vice*)
*smedlock@velaw.com*
2200 Pennsylvania Ave., N.W., Ste. 500 W
Washington, DC 20037
Telephone:  +1.202.639.6500
Facsimile:   +1.202.879.8939

*Additional Attorneys for Plaintiffs Listed on signature block*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (San Diego)

| | |
|---|---|
| AL OTRO LADO, Inc., *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,* <br> *Defendants* | Case No. 3:23-cv-01367-AGS-BLM <br><br> Hon. Andrew G. Schopler <br><br> **STIPULATION OF DISMISSAL** |

---

* Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Noem is automatically substituted for former Secretary Mayorkas.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to dismiss this suit in its entirety without prejudice. Each party shall bear its own costs and fees.

Dated: September 4, 2025                                        Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br><br>BRIAN C. WARD<br>*Acting Assisting Director*<br><br>By: */s/ DRAFT (with permission)*<br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 598-8259 \| Fax: (202) 305-7000<br><br>*Counsel for Defendants* | By: */s/ Stephen M. Medlock*<br>Stephen M. Medlock<br>MAYER BROWN LLP<br>Matthew H. Marmolejo (CA Bar No. 242964)<br>mmarmolejo@mayerbrown.com<br>333 S. Grand Avenue, 47th Floor<br>Los Angeles, CA 90071-1503<br>Telephone: +1.213.229.9500<br><br>Matthew E. Fenn (NY Bar No. 5391149)<br>(*pro hac vice*)<br>mfenn@mayerbrown.com<br>71 S. Wacker Dr.<br>Chicago, IL 60606<br>Telephone: +1.312.782.0600<br>Facsimile: +1.312.706.8139<br><br>VINSON & ELKINS LLP<br>Stephen M. Medlock (VA Bar No. 78819)<br>(*pro hac vice*)<br>smedlock@velaw.com<br>Evan Miller (DC Bar No. 219310)<br>(*pro hac vice*)<br>emiller@velaw.com<br>Nataly Farag (DC Bar No. 90006516)<br>(*pro hac vice*)<br>nfarag@velaw.com<br>Alex Rant (DC Bar No. 1780786)<br>(*pro hac vice*)<br>arant@velaw.com<br>Rami Abdallah E. Rashmawi (DC Bar No. 1780184)<br>(*pro hac vice*)<br>rrashmawi@velaw.com<br>2200 Pennsylvania Ave., N.W., Ste. 500 W<br>Washington, DC 20037<br>Telephone: +1.202.639.6500<br>Facsimile:  +1.202.879.8939 |

Ethan Nutter (Texas Bar No. 24104988)
(*pro hac vice*)
enutter@velaw.com
200 W. 6th Street, Suite 2500
Austin, TX 78701
Telephone: +1.512.542.8555
Facsimile: +1.512.542.8612

CENTER FOR GENDER AND REFUGEE STUDIES
Melissa Crow (DC Bar No. 453487)
(*pro hac vice*)
crowmelissa@uclawsf.edu
1121 14th Street, N.W., Suite 200
Washington, DC 20005
Telephone: +1.202.355.4471
Facsimile: +1.415.581.8824

Neela Chakravartula (CA Bar No. 254746)
neela@uclawsf.edu
Dulce Rodas (CA Bar No. 352188)
rodasdulce@uclawsf.edu
UC College of the Law, San Francisco
200 McAllister Street
San Francisco, CA 94102
Telephone: +1.415.565.4877
Facsimile: +1.415.581.8824

Robert Pauw (WA Bar No. 13613)
CGRS Cooperating Attorney
(*pro hac vice*)
rpauw@ghp-law.net
c/o Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Telephone: +1.206.682.1080
Facsimile: +1.206.689.2270

AMERICAN IMMIGRATION COUNCIL
Suchita Mathur (NY Bar No. 5373162)
(*pro hac vice*)
smathur@immcouncil.org
Michelle Lapointe (GA Bar No. 007080)
(*pro hac vice*)
mlapointe@immcouncil.org
1331 G St. NW, Suite 200
Washington, DC 20005
Telephone: +1.202.507.7537
Facsimile: +1.202.742.5619

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

DATED: September 4, 2025          Respectfully submitted,

*s/ Stephen M. Medlock*
Stephen M. Medlock

*Counsel for Plaintiffs*